# EXHIBIT A

# Islamic Terrorism

Subtopics:

I. Defining Terrorism

II. Islamic Terrorism: Definition

III. Islamic Terrorism: Analysis

# I. Defining Terrorism (cont.)

- Just in the month of July 2018, 181 Islamic attacks occurred in 25 countries, resulting in 1444 deaths.

- Islamic terrorists kill on average more people every 60 days than the number of people killed in all 350 years of the Spanish Inquisition.

- Islamic terrorists kill on average more people every 90 days than the number of blacks killed by the Ku Klux Klan in its entire 120+ year history.

- Islamic terrorists kill on average more people every 10 days than the total number of both Protestants and Catholics killed during the 36-year period of the "Troubles" in Northern Ireland.

- Islamic terrorists have killed more people just in the last ten years than the total number of U.S. servicemen and women who have died in all wars and conflicts since World War II.



Pro-terrorist protest in Thailand.

# II. Islamic Terrorism: Definition

1.) Jihad:

Islamic terrorism should be understood within the broader history of Islamic warfare against unbelief, termed in Islamic theology jihad, the Arabic root of which means "a condition of efforts" or "striving." The "efforts" to be undertaken are physical, not simply prayer or introspection.

As Walid Phares has noted, to portray jihad as a spiritual effort "on the inside" is to "equate jihad with yoga."

Politically-speaking, jihad *is a religiously-justified, communal mobilization of the resources and capabilities of the Muslim population for war against unbelievers*.

It is important to note that the Quran places great emphasis on praising those who fight, declaring them to be "one degree over" those who do not [4:95].



Portrait of the massacre of Jewish Banu Qurayza tribe by Muhammad in 627.

# II. Islamic Terrorism: Definition (cont.)

The theological mandate for jihad



- Jihad is a moral obligation of Muslims with limited exceptions such as for the blind [48:17]
- Muhammad acknowledges that warfare is distasteful but teaches that resistance to Allah is "worse than slaughter" [2:216-217]
- the world is but a "sport and past-time" [45:36]
- Muslims on jihad are discharged from all other religious obligations [4:100]
- jihadists are described as the "best" of humanity [3:110]; Allah does not love the non-believer [3:32]
- Allah will reward jihadists and their families with both earthly and heavenly reward [4:74]; jihadists who are killed are not really dead but enjoying their gifts from Allah in the afterlife [3:169]; Allah will aid jihadists with strength and with angels [3:125]; however, failure to participate in jihad will result in damnation [8:15-17]
- Jihad is to continue until the entire earth is Islamic [9:33, 81:27]

Hamas protestors in Gaza.

# II. Islamic Terrorism: Definition (cont.)

2.) The central role of the Prophet Muhammad: *All* Islamic terrorists sanctify their actions through pious references to the Quran and the traditions of the Prophet Muhammad, and by extensive use of longstanding Islamic legal doctrines.

Contentions that Islam does not promote warfare or violence cannot be supported on either theological or historical grounds – indeed, such contentions would flatly contradict hundreds of Quranic passages and *hadiths* ("traditions") of Muhammad, as well as longstanding Islamic jurisprudence.

Engaging in jihad is based Muhammad's life, sayings, and circumstances termed *Deen Muhammad*, or, the *Way of Muhammad* [Quran 3:32].



A future Hamas terrorist?

# II. Islamic Terrorism: Definition (cont.)

The speed and scale of early Islamic conquests are one of the great military achievements known to history and arguably one of those with the longest-lasting effects. In less than 50 years, Islam had wrested enormous territories from Roman (Byzantine) and Sassanid (Persian) peoples.

So, as the final Messenger of God and as a victorious commander, Muhammad enjoys such pre-eminence in Islam that his words and deeds is regarded as an independent source of Islamic law.

The Quran teaches Muslims "to obey Allah and His Messenger" (Quran 3:32), that Muhammad is "a beautiful model of conduct" (33:21) possessing an "exalted standard of character" (68:4).  The Muslim "who obeys the Messenger obeys Allah" (4:80). Muslims should "Deem not the summons of the Messenger among yourselves like the summons of one of you to another" (24:62). *Muhammad is unambiguously regarded as central to Islamic doctrines*.



Muhammad, born in 570 AD, claimed to have received "the recitation" (the Quran) from God through the angel Gabriel from 610 until his death in 632.

POS120 -- Islamic Terrorism       26

# II. Islamic Terrorism: Definition (cont.)



As with terrorism and jihad generally, contemporary Islamic legal authorities are unanimous in their approval of suicide attacks: "The glory of the Islamic nation appeared when our prophet taught us the industry of death – when he taught us how to create death. Then life became cheap in our eyes. When one of the sons of our nation is killed, he says 'I won' and the Master of the Ka'aba [Allah] swears that he won. .. Our bombs are the *jihad* fighters, whom America has called 'suicide attackers' and we call martyrs."

Sheikh Moshin al-Awaji, imam of the Grand Mosque at King Saud University, Riyadh, Saudi Arabia

POS120 -- Islamic Terrorism                              33

# III. Islamic Terrorism: Analysis (cont.)



- Islamic states have a decided preference to employ force over diplomacy, relative to other countries: Islamic countries faced 142 crises in last 50 years – use of force in 76 (=55%), including high-intensity violence/full scale war in 31. Compared to: Great Britain (11%), U.S. (17%), USSR (28%)

- Muslim popular opinion has some sympathy for terrorism generally, and the ultimate goals of terror group (sharia) particularly.

Huntington notes a marked difference in foreign policies between Islamic and non-Islamic states

POS120 -- Islamic Terrorism                                                                 40