# EXHIBIT C



Safari File Edit View History Bookmarks Window Help
90% Fri 5:14 PM
learn.maricopa.edu

# Quiz #6 -- Islamic Terrorism

**Due** May 1 at 11:59pm **Points** 100 **Questions** 25 **Time Limit** 25 Minutes
**Allowed Attempts** 2

## Instructions

Choose the one best answer. Once the quiz is launched, you will have 25 minutes to complete it. You may retake the quiz once. (The higher grade will be the one scored.)

Note: this quiz is meant to be taken in conjunction with Module #6, *Islamic Terrorism.*

Take the Quiz Again

## Attempt History

| | Attempt | Time | Score |
|---|---|---|---|
| LATEST | Attempt 1 | 10 minutes | 56 out of 100 |

Correct answers are hidden.

Score for this attempt: **56** out of 100
Submitted Apr 29 at 7:02pm
This attempt took 10 minutes.

### Last Attempt Details:

| | |
|---|---|
| **Time:** | 10 minutes |
| **Current Score:** | 56 out of 100 |
| **Kept Score:** | 56 out of 100 |

1 More Attempt available

Take the Quiz Again

(Will keep the highest of all your scores)

Case 2:20-cv-01080-SMB Document 1-4 Filed 06/02/20 Page 3 of 15

| | | |
|---|---|---|
| Incorrect | **Question 1** | **0 / 4 pts** |

Who greatly elaborated on the doctrine of *takfir* as it relates to Muslims who collaborate with unbelievers?

○ the Prophet Muhammad

⦿ Osama bin Laden

○ Saddam Hussein

○ Ibn Tamiyyah

| **Question 2** | **4 / 4 pts** |
|---|---|

What of the following was a Jewish terrorist group?

⦿ Zealots

○ Assassins

○ Borg

○ Thuggees

Case 2:20-cv-01080-SMB   Document 1-4   Filed 06/02/20   Page 4 of 15

| Question 3 | 4 / 4 pts |
|---|---|

Al Qaeda was founded by _____.

○ Ibn Tamiyyah

○ the Prophet Muhammad

○ Saddam Hussein

◉ Osama bin Laden

| Question 4 | 4 / 4 pts |
|---|---|

What of the following was a Hindu terrorist group?

○ Assassin

○ Borg

◉ Thuggee

○ Zealot

## Question 5    4 / 4 pts

A distinction between crime and terrorism is that _____.

○ criminals do not cross international borders, terrorists do

○ criminals usually do not attack innocent civilians, terrorists do

◉ criminals do not have a political agenda, terrorists do

○ there is no distinction between crime and terrorism

**Incorrect**

## Question 6    0 / 4 pts

What of the following is not related to terrorism?

○ organized crime

◉ innocent civilians

○ "propaganda of the deed"

○ state sponsors

**Incorrect** **Question 7** 0 / 4 pts

In *asymmetric warfare* the attacker _____.

○ is oppressed

○ there is no visible aggression in asymmetric warfare

⦿ is more powerful than the attacked

○ is less powerful than the attacked

**Incorrect** **Question 8** 0 / 4 pts

What of the following examples would clearly be an instance of terrorism?

⦿ an attack on a parliament or legislative building

○ an attack on a hotel

○ an attack on a military base

○ an attack on a power station

**Incorrect**

**Question 9**                                                                 0 / 4 pts

Where is terrorism *encouraged* in Islamic doctrine and law?

○ the Medina verses

○ the Muhammad verses

○ the Mecca verses

⦿ terrorism is not encouraged in Islamic doctrine and law

**Question 10**                                                                4 / 4 pts

What is "terrorism?"

○ crime

⦿ political violence against civilians

○ assassination

○ "doomsday" violence

**Question 11**     4 / 4 pts

What is the official, religiously justified type of warfare waged by the Islamic community on non-belief?

○ terrorism

○ the "New Terrorism"

○ al Qaeda

⦿ jihad

---

**Incorrect**     **Question 12**     4 / 4 pts

Who do Islamic terrorists strive to emulate?

○ the Prophet Muhammad

○ Saddam Hussein

○ Osama bin Laden

⦿ Ibn Tamiyyah

**Question 13**  4 / 4 pts

What of the following is a characteristic of terrorism?

○ assassination

○ guerrilla warfare

◉ having a political goal

○ "doomsday violence"

**Question 14**  4 / 4 pts

Terrorism is a strategy that _____.

○ is only related to Islamic groups

○ has never been undertaken by non-religious groups

○ is a very recent phenomenon

◉ has been undertaken by both religious and non-religious groups

**Incorrect** | **Question 15** | 0 / 4 pts

Contemporary terrorism is _____.

- ● communist/left-wing
- ○ Islamic
- ○ Mormon
- ○ fascist/right-wing

**Question 16** | 4 / 4 pts

How does "guerrilla warfare" differ from terrorism?

- ○ terrorist groups are much larger than guerrilla groups
- ○ terrorist groups are much smaller than guerrilla groups
- ○ terrorist groups do not primarily attack civilians while guerrillas do
- ● guerrillas do not primarily attack civilians while terrorist groups do

**Question 17**  4 / 4 pts

Samuel Huntington finds _____ to be important in understanding the relationship between Islam and terrorism.

○ Osama bin Laden and other figures within radical Islam

⦿ the religion of Islam itself

○ unemployed youth in Islamic countries

○ the decline of the Islamic world relative to the modern West

**Incorrect**  **Question 18**  0 / 4 pts

What is the "root cause" of terrorism?

○ the poverty of, and a lack of economic opportunity for, the terrorist

○ a calculation by the terrorist that terrorism will bring about the political goal he desires

○ an unbalanced psychological state of the terrorist

⦿ the ignorance and lack of education of the terrorist

Case 2:20-cv-01080-SMB Document 1-4 Filed 06/02/20 Page 12 of 15

| | | |
|---|---|---|
| **Incorrect** | **Question 19** | **0 / 4 pts** |

Walid Phares notes that although "gullible" Westerners are taught that jihad can have two meanings, people in the Arabic world understand that its overwhelmingly obvious meaning is _____.

- ⦿ struggling against sin
- ○ spiritual contemplation
- ○ combat/war
- ○ peace

| | | |
|---|---|---|
| **Incorrect** | **Question 20** | **0 / 4 pts** |

Terrorism is ___ in Islam.

- ○ justified within the context of jihad
- ⦿ always forbidden
- ○ justified under international law
- ○ always justified

**Incorrect** | **Question 21** | 0 / 4 pts

*Propaganda of the deed* is significant for a terrorist because _____.

- ◉ it enables him to obtain financing
- ○ he must make his actions have the widest audience possible
- ○ his state sponsors require this of him
- ○ he is psychotic

**Incorrect** | **Question 22** | 0 / 4 pts

What is meant by the *New Terrorism*?

- ○ right-wing, fascist terrorism
- ○ terrorism that might potentially employ nuclear weapons
- ○ left-wing, communist terrorism
- ◉ terrorism in the Third World

## Question 23  4 / 4 pts

When was al Qaeda formed?

- ⦿ during the Soviet war in Afghanistan in the 1980s
- ○ after the formation of the state of Israel in 1948
- ○ shortly after the collapse of the Ottoman Empire in the 1920s
- ○ during the Mongol invasion of Muslim lands in the 14th century

**Incorrect**

## Question 24  0 / 4 pts

The target of a terrorist is _____.

- ⦿ strategic targets such as bridges and power plants
- ○ the military
- ○ cultural centers such as places of worship
- ○ innocent civilians

- the military
- cultural centers such as places of worship
- innocent civilians

**Question 25**     4 / 4 pts

What of the following helps terrorist groups function internationally?

- ● a state-sponsor
- ○ WMDs
- ○ a military strategy
- ○ a "doomsday" strategy

**Quiz Score: 56 out of 100**
This quiz score has been manually adjusted by +4.0 points.

◀ Previous     Next ▶