# EXHIBIT D



Spring 2020

# Course Information

| | |
|---|---|
| Course Title: | World Politics |
| Course Prefix & Number: | POS120 |
| Section Number: | 14697 |
| Credit Hours: | 3 |

# Course Format

The course format for this course is online.

# Instructor Information

| | |
|---|---|
| Instructor: | Nicholas Damask |
| Email: | Nicholas.damask@scottsdalecc.edu |
| Phone: | 480-423-6201 |
| Office Location: | SB-117 |
| Office Hours: | |

# Course Description

Introduction to the principles and issues relating to the study of international relations. Evaluation of the political, economic, national, and transnational rationale for international interactions.

# Prerequisites

# Course Objectives

1. Analyze the role of scientific inquiry in the field of international relations.

2. List the various analytical and theoretical positions used in the field of international relations to explain world politics.

3. Delineate the historical development of interstate relations and the place of the nation-state in that development.

4. Distinguish between the three levels of analysis: individual, state, and international system.

5. Describe specific issues that have relevance to the study of inter-state relations: national security, war, economic integration, trade, etc.

6. Differentiate and make connections between economic and political issues and questions that affect world politics.

7. Describe the issue of change in the international environment and those forces that may initiate their change.

8. Explain the concept of super power and hegemonic control, decline, and ascension.

9. Describe the differences between national and transnational actors in the international arena, both private and public.

10. List actors that may have an impact on world politics in the near future.

## Texts, Course Materials and Technologies

There is no textbook required. This course will use the Canvas course management system.

## Course Policies

The following are policies specific to this course. Students are also responsible for the college policies included in the [General Catalog & Student Handbook](#).

The course is an online course, divided into six modules (each with one or two topics), six quizzes (one per module), and a final exam.

The entire course will be made accessible to students via Canvas at 12:01am on the start date – thereafter, the student may work at his/her own pace, completing the quizzes and the final exam by the class end date.

The course must be taken in the sequential order of modules. Students should first view each module's PowerPoint presentation(s), then complete the supplemental readings, and only then attempt the related quiz.

Class reading material is comprised of:

1. Lectures delivered in the form of PowerPoint slides – the slides are both downloadable and viewable in Canvas, and will remain accessible throughout the course.

2.) Supplemental readings in the form of pdf files and found within that topic's module in Canvas – the slides are both downloadable and viewable in Canvas, and will remain accessible throughout the course.

## Class Schedule

Module #1:

**Realism**

Reading: "To the Twenty-First Century" by Paul Kennedy from his *The Rise and Fall of Great Powers*

**Quiz #1**

-----------------------------------------------------------

Module #2

**Idealism and International Law**

Reading: "The Great Jurists of the World: Hugo Grotius," by Sir William Rattigan

**Quiz #2**

-----------------------------------------------------------

Module #3

**Images of the World**

Reading: "The Golden Arches Theory of Conflict Prevention," by Thomas Friedman from his The Lexus and the Olive Tree

**Quiz #3**

-----------------------------------------------------------

Module #4

**Three World Wars**

Reading: "The Surrender at Munich," by William L. Shirer, from his *The Rise and Fall of the Third Reich*

**Quiz #4**

------------------------------------------------------------

Module #5

**Globalization and the World Economy**

Reading: "The Evolution of the Market: Trade and Civilisation," by F.A.Hayek, from his *The Fatal Conceit*

**Quiz #5**

------------------------------------------------------------

Module #6

**Islamic Terrorism**

Reading: "The Historical Roots of Jihad," by Walid Phares, from his *Future Jihad*

**Quiz #6**

------------------------------------------------------------

**Grading Standards & Practices**

1. The primary course requirement is the quizzes, worth a combined 65% of the student's grade. All quizzes must be submitted through Canvas – no exceptions. Quizzes are multiple-choice and students are permitted a second attempt on each quiz. Everything needed to complete the quizzes is found within the course materials – surfing online for answers will definitely result in errors. Regardless, avoid Wikipedia.

2. A final exam, worth 35% of the student's grade. The final exam is also multiple-choice but unlike the quizzes, only one attempt at the final exam is permitted. The grading scale for the quizzes, final exam, and final course grade is as follows:

100-90     = A
89.99-80  = B

```
79.00-70  = C
69.99-60  = D
<60       = F
```

## Academic Integrity

A student's submission of work is an implicit declaration that the work is the student's own. For specifics on cheating and plagiarism, and their consequences, please see the college's academic integrity policies at the following link:

https://www.scottsdalecc.edu/sites/scc/files/catalog/2019-20-scc-catalog-ver1-3-20191010.pdf

## Response Time

Students can expect a response time of a few hours for the instructor to respond to messages sent via the Canvas Learning Management System or email. Students can expect assignments to be graded immediately when completed.

## Attendance Policy

Students are not required to be online at any specific time.

## Disability Resources

The Scottsdale Community College Disability Resources and Services (DRS) Office provides accommodations and services to students with disabilities to ensure they have equal access to all SCC programs, services, and activities.

For additional information regarding this process please contact the DRS office at (480) 423-6517 or via email disabilityservices@scottsdalecc.edu.

## Instructional Contact Hours (Seat Time)

This is a three (3) credit-hour course. Plan to spend at least three hours on course content or seat time (direct instruction) and six hours on homework weekly. Accelerated courses will require additional time per week.

**## END ##**