# EXHIBIT E



Safari File Edit View History Bookmarks Window Help

71% Mon 5:27 AM

learn.maricopa.edu

Account
Dashboard
Courses
Calendar
Inbox
Help
Library
Logout

All Courses

Inbox

Course conclusion!
To all students, This is just a quick remi...

Thursday 4

**Mohamed Sabra, Nicholas Damask**
Quiz 6
Hi Mohamed, I took a look at each of th...

[redacted]

On Wed, Apr 29, 2020 at 7:09 PM Mohamed Sabra <notifications@instructure.com>
wrote:

show quoted text

--

[image: Scottsdale Community College logo]
Nicholas Damask
Scottsdale Community College
MARICOPA COMMUNITY COLLEGES
Professor | Political Science
9000 E. Chaparral Road, Scottsdale, AZ 85256
Nicholas.Damask@scottsdalecc.edu
https://www.scottsdalecc.edu/
O: 480-423-6201

---

**Mohamed Sabra**, Nicholas Damask
SC 2020 SPRING-POS120 14697

April 29, 2020 at 7:07pm

Hello Professor,
I am contacting you because I recently took quiz 6 and I must say I usually do not feel offended when my religion is talked about, but these questions are absolutely in distaste of Islam, I am a practicing muslim and when reading through these questions I felt disgust in my stomach. I have enjoyed the Course up to this point, I understand the school has a curriculum but I feel I should not let these types of questions just stand. Thank you for your help and cooperation.

| All Courses | Inbox |
|---|---|

Course conclusion!
To all students, This is just a quick remi...

☑ Thursday  4

○ Mohamed Sabra, Nicholas Damask
Quiz 6
Hi Mohamed, I took a look at each of th...

**Nicholas Damask**, Mohamed Sabra
SC 2020 SPRING-POS120 14697

April 30, 2020 at 12:14am

Hi Mohamed,

I appreciate your heartfelt response -- I wanted to allay some of your concerns by highlighting the fact that the course content isn't "for" or "against" anything, but aims to explain international politics.

The content that Quiz #6 addresses is, generally, the phenomenon of terrorism in international politics, and specifically terrorism carried out by a number of committed young men around the world, from the U.S. to Sweden to Nigeria to Iraq to Thailand. They do so as individuals and in groups in a semi-coordinated way that amounts to carrying out their own foreign policy according to their deeply held beliefs. They employ terrorism given that they can't field armies or (usually) can't carry out prolonged insurgencies -- many times they are acting totally alone. So the question is; what gives them this motivation? These "soldiers" are often very different in their cultures and economic background -- some like bin Laden or Zawahiri come from enormously wealthy and privileged backgrounds, others like many suicide bombers are completely destitute. Still others are otherwise "normal" middle-class kids.

Of course they may be quite wrong in those beliefs, or they might have twisted them from a kernel of truth into something horribly misguided. But, again, the point is that *they* believe it, it's definitely *not* that what they believe is in fact a "true" or "right" or "wrong" interpretation of a major religion -- it's simply that this strongly held world view *motivates* these soldiers, who start out very different from one another but who are

Safari File Edit View History Bookmarks Window Help 71% Mon 5:27 AM

learn.maricopa.edu

Account
Dashboard
Courses
Calendar
Inbox
Help
Library
Logout

All Courses | Inbox

Course conclusion!
To all students, This is just a quick remi...

Thursday 4
**Mohamed Sabra, Nicholas Damask**
Quiz 6
Hi Mohamed, I took a look at each of th...

[redacted]

these soldiers, who start out very different from one another but who are also united in their mission. That's the learning goal of the content that Quiz #6 focuses on.

Hopefully I've addressed some of your concerns -- please do feel free to contact me any time.

Regards,
Dr. Damask

On Wed, Apr 29, 2020 at 7:09 PM Mohamed Sabra <notifications@instructure.com> wrote:

show quoted text

--

[image: Scottsdale Community College logo]
Nicholas Damask
Scottsdale Community College
MARICOPA COMMUNITY COLLEGES
Professor | Political Science
9000 E. Chaparral Road, Scottsdale, AZ 85256
Nicholas.Damask@scottsdalecc.edu
https://www.scottsdalecc.edu/
O: 480-423-6201

Safari File Edit View History Bookmarks Window Help 72% Mon 5:28 AM

learn.maricopa.edu

Account
Dashboard
Courses
Calendar
Inbox
Help
Library
Logout

All Courses | Inbox

Course conclusion!
To all students, This is just a quick remi...

Thursday 4
**Mohamed Sabra, Nicholas Damask**
Quiz 6
Hi Mohamed, I took a look at each of th...

[redacted]

**Mohamed Sabra**, Nicholas Damask
SC 2020 SPRING-POS120 14697
April 30, 2020 at 12:44am

The course may outline these beliefs but that doesn't make it acceptable to teach this misinformation to other student who aren't fully educated. Please review the questions I've attached and get back to me ASAP.

- 2020-04-30T07:43:04.915Z.jpg
- 2020-04-30T07:42:58.173Z.jpg
- 2020-04-30T07:42:52.866Z.jpg

**Nicholas Damask**, Mohamed Sabra
SC 2020 SPRING-POS120 14697
April 30, 2020 at 12:14am

Hi Mohamed,

I appreciate your heartfelt response -- I wanted to allay some of your concerns by highlighting the fact that the course content isn't "for" or "against" anything, but aims to explain international politics.

The content that Quiz #6 addresses is, generally, the phenomenon of terrorism in international politics, and specifically terrorism carried out by a number of committed young men around the world, from the U.S. to Sweden to Nigeria to Iraq to Thailand. They do so as individuals and in groups in a semi-coordinated way that amounts to carrying out their own foreign policy according to their deeply held beliefs. They employ terrorism given that they can't field armies or (usually) can't carry out prolonged insurgencies -- many times they are acting totally alone. So the

Safari File Edit View History Bookmarks Window Help 72% Mon 5:28 AM

learn.maricopa.edu

Account
Dashboard
Courses
Calendar
Inbox
Help
Library
Logout

All Courses | Inbox

Course conclusion!
To all students, This is just a quick remi...

Thursday 4
**Mohamed Sabra, Nicholas Damask**
Quiz 6
Hi Mohamed, I took a look at each of th...

[redacted]

# Quiz 6

**Nicholas Damask**, Mohamed Sabra
SC 2020 SPRING-POS120 14697

April 30, 2020 at 9:31am

Hi Mohamed,

I took a look at each of the questions you missed on Quiz #6 that you had a question about, and I can provide you the correct answers, with explanation. One thing to keep in mind with multiple choice questions on an exam is that you should always choose the *best *answer of the choices presented:

Q20: Terrorism is... justified *within the context of jihad*.
(The terrorists would justify this by reference to the various "Medina verses" that they argue establishes terrorism as a permissible means of warfare & foreign policy.)

Q9: Terrorism is... encouraged in the *Medina verses*.
(The Medina verses are those passages such as the "Verse of the Sword" that come after the establishment of the first Islamic micro-state in Medina -- the terrorists prefer these verses over the far more conciliatory "Mecca verses.")

Q12: The terrorists try to emulate... *the Prophet Muhammad.*
(The terrorists focus on the military exploits of Muhammad, seeking to replicate his victories, they derive strength and courage from his examples, and they turn to his advice/sentiments on warfare in the hadiths

Safari File Edit View History Bookmarks Window Help

72% Mon 5:28 AM

learn.maricopa.edu

Account
Dashboard
Courses
Calendar
Inbox
Help
Library
Logout

All Courses

Inbox

Course conclusion!
To all students, This is just a quick remi...

Thursday 4
**Mohamed Sabra, Nicholas Damask**
Quiz 6
Hi Mohamed, I took a look at each of th...

[redacted]

such as those in Sahih Bukhari 1:35. Ibn Tamiyyah was an incredibly important 13th-14th century legal theorist on *takfir *whom bin Laden specifically referenced. Yet the "average" terrorist probably wouldn't know much at all about him. However, given Tamiyyah's importance to the terrorists' scholarship and legal thinking, I will give you credit for this question -- you should see the grade change on the quiz appear shortly.)

Just to reinforce my email to you last night: these interpretations by the terrorists may be quite wrong-headed. But try not to think about whether the terrorists' beliefs are "right" or "wrong" or "true" -- you should approach the discussion thinking simply, *what beliefs motivate them no matter how wrong they may be*.

The analysis of their beliefs would come later, once the motivations of the terrorists are understood. And, as discussed in the content, there are widely different theories, from Bernard Lewis, to Peter Bergen to Samuel Huntington about how to proceed against terrorism.

Hopefully this is helpful to you -- again, please feel free to contact me any time.

Regards,
Dr. Damask

On Thu, Apr 30, 2020 at 12:44 AM Mohamed Sabra <
notifications@instructure.com> wrote:







