# EXHIBIT F



scottsdalecc

• • •






29 likes

**scottsdalecc** Earlier this week, a student at Scottsdale Community College took a quiz as part of the class coursework. The student expressed concern over the wording of three questions related to Islam on the quiz.

SCC senior leadership has reviewed the quiz questions and agrees with the student that the content was inaccurate, inappropriate, and not reflective of the inclusive nature of our college. SCC deeply apologizes to the student and to anyone in the broader community who was offended by the material.

SCC Administration has addressed with the instructor the offensive nature of the quiz questions and their contradiction to the college's values. The instructor will be apologizing to the student shortly, and the student will receive credit for the three questions. The questions will be permanently removed from any future tests.

We applaud the student for bringing this to our

concern over the wording of three questions related to Islam on the quiz.

SCC senior leadership has reviewed the quiz questions and agrees with the student that the content was inaccurate, inappropriate, and not reflective of the inclusive nature of our college. SCC deeply apologizes to the student and to anyone in the broader community who was offended by the material.

SCC Administration has addressed with the instructor the offensive nature of the quiz questions and their contradiction to the college's values. The instructor will be apologizing to the student shortly, and the student will receive credit for the three questions. The questions will be permanently removed from any future tests.

We applaud the student for bringing this to our attention – and encourage any student or employee to speak out.

SCC does not discriminate on the basis of race, color, national origin, sex, disability or age in our programs or activities. We value inclusiveness because we all benefit by embracing a diversity of voices, viewpoints, and experiences. SCC cultivates success when individuals from a wide variety of backgrounds are respected and empowered to contribute.

Chris Haines
Interim President
Scottsdale Community College

View all 90 comments

1 hour ago


scottsdalecc


TWO HOUR