# EXHIBIT G

visit a college    students    employees    about

# Find a Class

**General Search**

Keywords, Course Number, or SUN Number
`POS120`

Course Subject: Any

Search For:
- ○ Open Classes Only
- ● All Classes

**Semester(s)**
- ☐ Spring 2020
- ☑ Summer 2020
- ☑ Fall 2020

**College(s)**
- ☐ Chandler-Gilbert (CGCC)
- ☐ Estrella Mountain (EMCC)
- ☐ GateWay (GWCC)
- ☐ Glendale (GCC)
- ☐ Mesa (MCC)
- ☐ Paradise Valley (PVCC)
- ☐ Phoenix (PC)
- ☐ Rio Salado (RSC)
- ☑ Scottsdale (SCC)
- ☐ South Mountain (SMCC)

**Check/Uncheck All**

[Search]    More Search Options

## Matched 1 Courses / 2 Classes

### World Politics (POS120)    3 Cre

Introduction to the principles and issues relating to the study of international relations. Evaluation of the political, economic, national, and transnati rationale for international interactions. Prerequisites: None.

**General Education Designations: G, SB**

**POS1120**

| Class# | Semester | Location | Delivery | Dates | Days | Times | Instructor | Availability |
|---|---|---|---|---|---|---|---|---|
| 14617 | Summer 2020 | Scottsdale<br>On Your Time Online | Internet | 06/08/2020 - 07/16/2020 | N/A | N/A | N. Damask | **Open**<br>4 of 25 Seats Available |

**Notes**
**Class Notes:** On Your Time Online classes do not meet at specific class times. Coursework must be completed according to deadlines. Students are required to have access to a computer or mobile device, and Internet access, unless otherwise specified.
Students may contact instructor at nicholas.damask@scottsdalecc.edu.
All textbook and course materials available at no or low cost (<$40) - may include OER (Open Educational Resources).

**Book Information**

| Class# | Semester | Location | Delivery | Dates | Days | Times | Instructor | Availability |
|---|---|---|---|---|---|---|---|---|
| 18161 | Fall 2020 | Scottsdale<br>On Your Time Online | Internet | 08/24/2020 - 10/16/2020 | N/A | N/A | N. Damask | **Open**<br>19 of 25 Seats Available |

**Notes**
**Class Notes:** On Your Time Online classes do not meet at specific class times. Coursework must be completed according to deadlines. Students are required to have access to a computer or mobile device, and Internet access, unless otherwise specified.
Students can contact instructor at nicholas.damask@scottsdalecc.edu.
All textbook and course materials available at no or low cost (<$40) - may include OER (Open Educational Resources).
8-Week Class

**Book Information**
There are no Textbooks for this Class

---

| | | |
|---|---|---|
| Our Colleges | Governing Board | Search |
| Campus Maps | Chancellor | Trades and Professions |
| Request Information | Employees | Professional Licensing |
| Becoming a Student | Careers | Doing Business with Us |
| Enroll Now | Non-Discrimination Statements | Consumer Information |
| Tuition and Paying for College | Policies and Legal | Police |
| Financial Aid | Budget | Brand Guidelines |
| University Transfer | Data and Reports | Disclaimer |

CONNECT WITH MARICOPA

2411 W. 14th St., Tempe, AZ 85281 | Contact Us | 480-731-8000