**RM WARNER, PLC**
Raeesabbas Mohamed, Esq. (AZ Bar # 027418)
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Email: Raees@RMWarnerlaw.com
Phone: (480) 331-9397
Fax:    (866) 961-4984

**PRICE LAW GROUP**
David Chami, Esq. (AZ Bar # 027585)
8245 N. 85th Way, Suite 4349
Scottsdale, Arizona 85258
Email: David@pricelawgroup.com
Phone: (818) 600-5515
Fax:    (818) 600-5415

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mohamed Sabra; and Council on American-Islamic Relations of Arizona,<br><br>Plaintiffs,<br><br>vs.<br><br>Maricopa County Community College District; and Nicholas Damask, in his official and individual capacity<br><br>Defendants. | **Case No.**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND EMERGENCY MOTION FOR A PRELIMINARY INJUNCTION**<br><br>**ORAL ARGUMENT REQUESTED** |

# NOTICE AND EMERGENCY MOTION FOR A PRELIMINARY INJUNCTION

TO DEFENDANTS MARICOPA COUNTY COMMUNITY COLLEGE DISTRICT, NICHOLAS DAMASK, AND THEIR COUNSEL:

PLEASE TAKE NOTICE Plaintiff, Council on American-Islamic Relations of Arizona (CAIR-AZ) moves this Court for a preliminary injunction pursuant to Fed. R. Civ. P. 65. Plaintiff seeks an order enjoining Defendant Maricopa County Community College District (Scottsdale Community College or SCC), their officers, employees, and Nicholas Damask (Damask) from teaching the "Islamic Terrorism" module in his POS120 course before the Summer semester starts on June 8, 2020.

This Motion is supported by the accompanying Memorandum, supporting declaration of Imraan Siddiqi and Mohamed Sabra, with accompanying exhibits, all pleadings already filed, and such further written materials and oral arguments presented to the Court.

Dated: June 2, 2020

Respectfully submitted,

By /s/ *David Chami*
David Chami, Esq. (AZ Bar # 027585)
PRICE LAW GROUP
8245 N. 85th Way, Suite 4349
Scottsdale, Arizona 85258
Phone: (818) 600-5515
Fax: (818) 600-5415

Raees Mohamed, Esq. (AZ Bar # 027418)
RM WARNER, PLC
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Phone: (480) 331-9397
Fax: (866) 961-4984
*Attorneys for Plaintiff*