**PRICE LAW GROUP**
David Chami, Esq. (AZ Bar # 027585)
8245 N. 85th Way, Suite 4349
Scottsdale, Arizona 85258
Email: David@pricelawgroup.com
Phone: (818) 600-5515
Fax:    (818) 600-5415

**RM WARNER, PLC**
Raeesabbas Mohamed, Esq. (AZ Bar # 027418)
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Email: Raees@RMWarnerlaw.com
Phone: (480) 331-9397
Fax:    (866) 961-4984

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mohamed Sabra; and Council on American-Islamic Relations of Arizona,<br><br>Plaintiffs,<br><br>vs.<br><br>Maricopa County Community College District; and Nicholas Damask, in his official and individual capacity<br><br>Defendants. | Case No.<br><br>**DECLARATION OF IMRAAN SIDDIQI IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

**DECLARATION OF IMRAAN SIDDIQI IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

1. My name is Imraan Siddiqi, and I am the Executive Director of the Council on American-Islamic Relations of Arizona (CAIR-AZ) a named Plaintiff in this case. I have personal knowledge of the facts set out in this declaration. If called upon as a witness I would completely testify as to the matters stated herein.

2. Damask has taught a form of this module for the last 24 years.

3. After Plaintiffs reviewed the entire module, they discovered the entire module disapproved of Islam.

4. Damask failed to provide a disclaimer that his module only reflects the views held by radical extremists, and he closed the door to other interpretations by stating that this is the only interpretation possible, and furthermore that the mandate is a position unanimously accepted by scholars.

5. On May 11, 2020, Damask publicly stated: "I'll never apologize for teaching the content that I am, or the manner in which I'm teaching it."

6. Attached as **Exhibit A** is a true and correct copy of Nicholas Damask's Islamic Terrorism PowerPoint presentation used in the Spring 2020 Semester at Scottsdale Community College.

7. Attached as **Exhibit B** is a true and correct copy of Nicholas Damask's assigned reading of *Future Jihad* used in the Spring 2020 Semester at Scottsdale Community College.

8. Attached as **Exhibit C** is a true and correct copy of Nicholas Damask's Islamic Terrorism module quiz used in the Spring 2020 Semester at Scottsdale Community College.

9. Attached as **Exhibit D** is a true and correct copy of Nicholas Damask's POS120 syllabus used in the Spring 2020 Semester at Scottsdale Community College.

10. Attached as **Exhibit E** is a true and correct copy of Nicholas Damask's correspondence with Mohamad Sabra regarding the quiz questions in POS120.

11. Attached as **Exhibit F** is a true and correct copy of Scottsdale Community College's apology for the Islamic Terrorism quiz used in the Spring 2020 Semester at Scottsdale Community College.

12. Attached as **Exhibit G** is a true and correct copy of Scottsdale Community College's course offering for POS120 in the 2020 Summer semester and 2020 Fall semester.

13. Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 1, 2020 in Arizona.

By:  Imraan Siddiqi (Jun 1, 2020 15:42 PDT)

Imraan Siddiqi