**PRICE LAW GROUP**
David Chami, Esq. (AZ Bar # 027585)
8245 N. 85th Way, Suite 4349
Scottsdale, Arizona 85258
Email: David@pricelawgroup.com
Phone: (818) 600-5515
Fax:    (818) 600-5415

**RM WARNER, PLC**
Raeesabbas Mohamed, Esq. (AZ Bar # 027418)
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Email: Raees@RMWarnerlaw.com
Phone: (480) 331-9397
Fax:   (866) 961-4984

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mohamed Sabra; and Council on American-Islamic Relations of Arizona,<br><br>Plaintiffs,<br><br>vs.<br><br>Maricopa County Community College District; and Nicholas Damask, in his official and individual capacity<br><br>Defendants. | **Case No.**<br><br>**DECLARATION OF MOHAMED SABRA IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

## DECLARATION OF MOHAMED SABRA IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

1. My name is Mohamed Sabra, and I am a named Plaintiff in this case. I was a student enrolled in the World Politics class, "POS120" taught by professor Nicholas Damask in the Spring 2020 semester at Scottsdale Community College. I have personal knowledge of the facts set out in this declaration. If called upon as a witness I would completely testify as to the matters stated herein.

2. The course is broken up into six modules, the last module is titled "Islamic Terrorism."

3. Most recently, Damask taught POS120 in the Spring 2020 semester at SCC.

4. On April 30, 2020, a known comedian made and circulated an Instagram video discussing why a portion of the Islamic Terrorism module quiz was inappropriate and disapproved of Islam.

5. In the module, Damask repeatedly explained that Muslims have a "theological mandate" to kill Non-Muslims.

6. In light of the video, SCC stated that "the questions will be permanently removed from any future test," but did not mention the rest of the module.

7. Damask is scheduled to teach this same course again at SCC in the Summer semester, 6/8/2020 – 7/16/2020, and the Fall semester, 8/24/2020 – 10/16/2020.

8. Attached as **Exhibit A** is a true and correct copy of Nicholas Damask's Islamic Terrorism PowerPoint presentation used in the Spring 2020 Semester at Scottsdale Community College.

9. Attached as **Exhibit B** is a true and correct copy of Nicholas Damask's assigned reading of *Future Jihad* used in the Spring 2020 Semester at Scottsdale Community College.

10. Attached as **Exhibit C** is a true and correct copy of Nicholas Damask's Islamic Terrorism module quiz used in the Spring 2020 Semester at Scottsdale Community College.

11. Attached as **Exhibit D** is a true and correct copy of Nicholas Damask's POS120 syllabus used in the Spring 2020 Semester at Scottsdale Community College.

12. Attached as **Exhibit E** is a true and correct copy of Nicholas Damask's correspondence with me regarding the quiz questions in POS120.

13. Attached as **Exhibit F** is a true and correct copy of Scottsdale Community College's apology for the Islamic Terrorism quiz used in the Spring 2020 Semester at Scottsdale Community College.

14. Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 1, 2020 in Arizona.

By: *Mohamed Sabra (Jun 1, 2020 15:50 PDT)*

Mohamed Sabra