**PRICE LAW GROUP**
David A. Chami, Esq. (AZ Bar # 027585)
8245 N. 85th Way, Suite 4349
Scottsdale, Arizona 85258
Email: David@pricelawgroup.com
Phone: (818) 600-5515
Fax:     (818) 600-5415

**RM WARNER, PLC**
Raeesabbas Mohamed, Esq. (AZ Bar # 027418)
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Email: Raees@RMWarnerlaw.com
Phone: (480) 331-9397
Fax:    (866) 961-4984

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mohamed Sabra; and Council on American-Islamic Relations of Arizona,<br><br>Plaintiffs,<br><br>vs.<br><br>Maricopa County Community College District; and Nicholas Damask, in his official and individual capacity<br><br>Defendants. | **Case No.**<br><br>**REQUEST FOR PRELIMINARY INJUNCTION HEARING** |

**REQUEST FOR PRELIMINARY INJUNCTION HEARING**

Plaintiffs, Council on American-Islamic Relations of Arizona (CAIR-AZ) and Mohamed Sabra, by and through undersigned counsel, request that the Court set a hearing on its *Motion for Preliminary Injunction* filed concurrently herewith. Plaintiffs respectfully request the hearing be scheduled no later than Friday, June 6, 2020 in order to facilitate a ruling before the module that is subject of Plaintiff's Application and violates the Establishment Clause becomes available to students again on Monday June 8, 2020,.

Dated: June 2, 2020

Respectfully submitted,

By /s/*David A. Chami*
PRICE LAW GROUP
David A. Chami, Esq. (AZ Bar # 027585)
8245 N. 85th Way, Suite 4349
Scottsdale, Arizona 85258
Phone: (818) 600-5515
Fax:    (818) 600-5415

RM WARNER, PLC
Raees Mohamed, Esq. (AZ Bar # 027418)
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Phone: (480) 331-9397
Fax: (866) 961-4984