# EXHIBIT E









Course conclusion!
To all students, This is just a quick remi...

# Quiz 6

Thursday  4

Mohamed Sabra, Nicholas Damask
Quiz 6
Hi Mohamed, I took a look at each of th...

**Nicholas Damask**, Mohamed Sabra
SC 2020 SPRING-POS120 14697

April 30, 2020 at 9:31am

Hi Mohamed,

I took a look at each of the questions you missed on Quiz #6 that you had a question about, and I can provide you the correct answers, with explanation. One thing to keep in mind with multiple choice questions on an exam is that you should always choose the *best *answer of the choices presented:

Q20: Terrorism is... justified *within the context of jihad*.
(The terrorists would justify this by reference to the various "Medina verses" that they argue establishes terrorism as a permissible means of warfare & foreign policy.)

Q9: Terrorism is... encouraged in the *Medina verses*.
(The Medina verses are those passages such as the "Verse of the Sword" that come after the establishment of the first Islamic micro-state in Medina -- the terrorists prefer these verses over the far more conciliatory "Mecca verses.")

Q12: The terrorists try to emulate... *the Prophet Muhammad.*
(The terrorists focus on the military exploits of Muhammad, seeking to replicate his victories, they derive strength and courage from his examples, and they turn to his advice/sentiments on warfare in the hadiths

such as those in Sahih Bukhari 1:35. Ibn Tamiyyah was an incredibly important 13th-14th century legal theorist on *takfir *whom bin Laden specifically referenced. Yet the "average" terrorist probably wouldn't know much at all about him. However, given Tamiyyah's importance to the terrorists' scholarship and legal thinking, I will give you credit for this question -- you should see the grade change on the quiz appear shortly.)

Just to reinforce my email to you last night: these interpretations by the terrorists may be quite wrong-headed. But try not to think about whether the terrorists' beliefs are "right" or "wrong" or "true" -- you should approach the discussion thinking simply, *what beliefs motivate them no matter how wrong they may be*.

The analysis of their beliefs would come later, once the motivations of the terrorists are understood. And, as discussed in the content, there are widely different theories, from Bernard Lewis, to Peter Bergen to Samuel Huntington about how to proceed against terrorism.

Hopefully this is helpful to you -- again, please feel free to contact me any time.

Regards,
Dr. Damask


On Thu, Apr 30, 2020 at 12:44 AM Mohamed Sabra <notifications@instructure.com> wrote: