# EXHIBIT G

visit a college    students    employees    about

# Find a Class

## General Search

**Keywords, Course Number, or SUN Number**
POS120

**Course Subject**
Any

**Search For:**
○ Open Classes Only
● All Classes

## Semester(s)
☐ Spring 2020
☑ Summer 2020
☑ Fall 2020

## College(s)
☐ Chandler-Gilbert (CGCC)
☐ Estrella Mountain (EMCC)
☐ GateWay (GWCC)
☐ Glendale (GCC)
☐ Mesa (MCC)
☐ Paradise Valley (PVCC)
☐ Phoenix (PC)
☐ Rio Salado (RSC)
☑ Scottsdale (SCC)
☐ South Mountain (SMCC)

**Check/Uncheck All**

[Search]    More Search Options

## Matched 1 Courses / 2 Classes

### World Politics (POS120)                                                                 3 Cre

Introduction to the principles and issues relating to the study of international relations. Evaluation of the political, economic, national, and transnati rationale for international interactions. Prerequisites: None.

**General Education Designations: G, SB**

**POS1120**

| Class# | Semester | Location | Delivery | Dates | Days | Times | Instructor | Availability |
|---|---|---|---|---|---|---|---|---|
| 14617 | Summer 2020 | Scottsdale<br>On Your Time Online | Internet | 06/08/2020 - 07/16/2020 | N/A | N/A | N. Damask | **Open**<br>4 of 25 Seats Available |

**Notes**
**Class Notes:** On Your Time Online classes do not meet at specific class times. Coursework must be completed according to deadlines. Students are required to have access to a computer or mobile device, and Internet access, unless otherwise specified. Students may contact instructor at nicholas.damask@scottsdalecc.edu.
All textbook and course materials available at no or low cost (<$40) - may include OER (Open Educational Resources).

**Book Information**

| Class# | Semester | Location | Delivery | Dates | Days | Times | Instructor | Availability |
|---|---|---|---|---|---|---|---|---|
| 18161 | Fall 2020 | Scottsdale<br>On Your Time Online | Internet | 08/24/2020 - 10/16/2020 | N/A | N/A | N. Damask | **Open**<br>19 of 25 Seats Available |

**Notes**
**Class Notes:** On Your Time Online classes do not meet at specific class times. Coursework must be completed according to deadlines. Students are required to have access to a computer or mobile device, and Internet access, unless otherwise specified. Students can contact instructor at nicholas.damask@scottsdalecc.edu.
All textbook and course materials available at no or low cost (<$40) - may include OER (Open Educational Resources).
8-Week Class

**Book Information**
There are no Textbooks for this Class

---

Our Colleges               Governing Board                  Search                        CONNECT WITH MARICOPA
Campus Maps                Chancellor                       Trades and Professions
Request Information        Employees                        Professional Licensing
Becoming a Student         Careers                          Doing Business with Us
Enroll Now                 Non-Discrimination Statements    Consumer Information
Tuition and Paying for College   Policies and Legal         Police
Financial Aid              Budget                           Brand Guidelines
University Transfer        Data and Reports                 Disclaimer

2411 W. 14th St., Tempe, AZ 85281 | Contact Us | 480-731-8000