**PRICE LAW GROUP**
David Chami, Esq. (AZ Bar # 027585)
8245 N. 85th Way, Suite 4349
Scottsdale, Arizona 85258
Email: David@pricelawgroup.com
Phone: (818) 600-5515
Fax:    (818) 600-5415

**RM WARNER, PLC**
Raeesabbas Mohamed, Esq. (AZ Bar # 027418)
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Email: Raees@RMWarnerlaw.com
Phone: (480) 331-9397
Fax:   (866) 961-4984

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mohamed Sabra; and Council on American-Islamic Relations of Arizona,<br><br>Plaintiffs,<br><br>vs.<br><br>Maricopa County Community College District; and Nicholas Damask, in his official and individual capacity<br><br>Defendants. | Case No. 2:20-cv-01080-DMF<br><br>**DECLARATION OF IMRAAN SIDDIQI IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

# DECLARATION OF IMRAAN SIDDIQI IN SUPPORT OF PLAINTIFF CAIR-AZ'S MOTION FOR A PRELIMINARY INJUNCTION

1. My name is Imraan Siddiqi, and I am the Executive Director of the Council on American-Islamic Relations of Arizona ("CAIR-AZ") a named Plaintiff in this case. I have personal knowledge of the facts set out in this declaration. If called upon as a witness I would completely testify as to the matters stated herein.

2. Based on my research, Damask has taught a form of this module for the last 24 years.

3. After Plaintiffs reviewed the entire module, they discovered the entire module disapproved of Islam.

4. Based on my research, Damask failed to provide a disclaimer that his module only reflects the views held by radical extremists, and he closed the door to other interpretations by stating that this is the only interpretation possible, and furthermore that the mandate is a position unanimously accepted by scholars.

5. On May 11, 2020, I heard Damask publicly state on a readily available podcast, "Global Patriot Radio" that: "I'll never apologize for teaching the content that I am, or the manner in which I'm teaching it." The podcast as of the date of my declaration is available online at the following URL: https://www.blogtalkradio.com/global-patriot-radio/2020/05/08/islam-in-focus-arizonas-scottsdale-community-college-sharia-censorship

6. Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 3, 2020 in Arizona.

By:  Imraan Siddiqi (Jun 3, 2020 14:05 PDT)

Imraan Siddiqi, Executive Director of CAIR-AZ