**PRICE LAW GROUP**
David Chami, Esq. (AZ Bar # 027585)
8245 N. 85th Way, Suite 4349
Scottsdale, Arizona 85258
Email: David@pricelawgroup.com
Phone: (818) 600-5515
Fax:    (818) 600-5415

**RM WARNER, PLC**
Raeesabbas Mohamed, Esq. (AZ Bar # 027418)
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Email: Raees@RMWarnerlaw.com
Phone: (480) 331-9397
Fax:    (866) 961-4984


*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mohamed Sabra; and Council on American-Islamic Relations of Arizona,<br><br>Plaintiffs,<br><br>vs.<br><br>Maricopa County Community College District; and Nicholas Damask, in his official and individual capacity<br><br>Defendants. | Case No.  CV-20-1080-PHX-SMB<br><br>**NOTICE OF ERRATA** |

NOTICE IS HEREBY GIVEN, the attached proposed form of Order was inadvertently omitted from being attached to Plaintiff's Notice of Motion and Emergency Motion for Preliminary Injunction [Doc 3] and the subsequently filed Memorandum in Support of Motion for Preliminary Injunction [Doc 6], pursuant to LRCiv 7.1(b)(2).

Dated: June 4, 2020

Respectfully submitted,

By /s/David Chami
David Chami, Esq. (AZ Bar #027585)
PRICE LAW GROUP
8245 N. 85th Way, Suite 4349
Scottsdale, Arizona 85258
P: (818) 600-5515
F: (818) 600-5415

By /s/Raees Mohamed
Raees Mohamed, Esq. (AZ Bar # 027418)
RM WARNER, PLC
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Phone: (480) 331-9397
Fax: (866) 961-4984