IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mohamed Sabra; and Council on American-Islamic Relations of Arizona,<br><br>Plaintiffs,<br><br>vs.<br><br>Maricopa County Community College District; and Nicholas Damask, in his official and individual capacity<br><br>Defendants. | Case No.  CV-20-1080-PHX-SMB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' PRELIMINARY INJUNCTION** |

Plaintiffs, Council on American Islamic Relations of Arizona, and Mohamed Sabra, have moved for a preliminary injunction to preliminarily enjoin Defendants Maricopa County Community College District ("MCCD"), Nicholas Damask, and any other employee or agent of MCCD from teaching the Islamic Terrorism module in POS120, "World Politics," as inconsistent with the First Amendment to the United States Constitution.

Having considered the submissions and arguments of the Parties, the Court **GRANTS** Plaintiffs' Application for a Preliminary Injunction.  The Court finds and concludes that preliminary injunctive relief is warranted, as follows:

1. Plaintiffs are likely to succeed on the merits that the Islamic Terrorism module unconstitutionally disapproves of, or shows hostility towards, a religion in violation of the First Amendment.

2. If the requested relief is not granted, the acts to be enjoined are likely to cause irreparable harm to Plaintiffs.  Absent relief from this court, Defendants will continue to disapprove of religion through the module that is scheduled to be taught by Damask in the

Summer semester, 6/8/2020 – 7/16/2020, and the Fall semester, 8/24/2020 – 10/16/2020. The "loss of First Amendment freedoms, for even minimal amounts of time, unquestionably constitutes irreparable injury." *Valle Del Sol Inc. v. Whiting*, 709 F.3d 808, 828 (9th Cir. 2013) (quoting *Elrod v. Burns*, 427 U.S. 347, 373 (1976) (plurality opinion)).

3. The balance of interests tips sharply in favor of, and the public interest strongly warrants, upholding fundamental First Amendment principles. *See, e.g., Thalheimer v. City of San Diego*, 645 F.3d 1109, 1129 (9th Cir. 2011).

4. Defendants are ordered to immediately stop teaching the Islamic Terrorism module in POS120.

5. Defendants are hereby preliminary enjoined from teaching the Islamic Terrorism module in POS120 until a trial on the merits has concluded.

**IT IS SO ORDERED.**