|   |   |
|---|---|
| 1 | James E. Barton II (#023888) |
| 2 | Jacqueline Mendez Soto (#022597) |
|   | TORRES LAW GROUP, PLLC |
| 3 | 2239 West Baseline Road |
|   | Tempe, Arizona 85283 |
| 4 | (480) 588-6120 |
| 5 | James@TheTorresFirm.com |
|   | Jacqueline@TheTorresFirm.com |
| 6 | *Attorneys for Plaintiff* |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Mohamed Sabra; and Council on American-Islamic Relations of Arizona;<br><br>Plaintiffs,<br><br>v.<br><br>Maricopa County Community College District; and Nicholas Damask;<br><br>Defendants. | Case No.:2:20-cv-01080-SMB<br><br>**NOTICE OF APPEARANCE** |
|---|---|

NOTICE IS HEREBY GIVEN that James E. Barton II and Jacqueline Mendez Soto of the law firm of Torres Law Group, PLC are admitted to practice in this court and appear as attorneys of record on behalf of defendant Professor Nicholas Damask.

DATE: June 7, 2020                        /S/ James E. Barton II
                                           James E. Barton II
                                           Jacqueline Mendez Soto
                                           TORRES LAW GROUP, PLLC
                                           2239 West Baseline Road
                                           Tempe, Arizona 85283
                                           (480) 588-6120
                                           James@TheTorresFirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2020, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be electronically filed with the Clerk of the Court using the CM/ECF System which sent notification of such filing to the following counsel of record in this matter.

> David Chami, Esq.
> PRICE LAW GROUP
> 8245 N. 85TH Way, Suite 4349
> Scottsdale, Arizona 85258
> David@pricelawgroup.com
>
> Raees Mohamed, Esq.
> RM WARNER, PLC
> 8283 N. Hayden Road, Suite 229
> Scottsdale, Arizona 85258
> Raees@RMWarnerlaw.com

A copy of this notice was emailed to General Counsel of the following:

> Leslie Cooper, General Counsel
> MARICOPA COUNTY COMMUNITY COLLEGE DISTRICT
> Office of the Governing Board
> 2411 West 14th Street
> Tempe, Arizona 85281-6942
> leslie.cooper@domail.maricopa.edu

   James E. Barton II