1 David D. Garner, 020459
2 Travis C. Hunt, 035491
OSBORN MALEDON, P.A.
3 2929 North Central Avenue, 21st Floor
Phoenix, Arizona  85012-2793
4 (602) 640-9000
5 dgarner@omlaw.com
thunt@omlaw.com
6
*Attorneys for Defendants*
7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE DISTRICT OF ARIZONA

10 Mohamed Sabra; and Council on          No. 2:20-cv-01080-PHX-SMB
American-Islamic Relations of Arizona,
11
                    Plaintiffs,
12                                        **DECLARATION OF TRAVIS C.**
                                          **HUNT, ESQ., IN SUPPORT OF**
13 vs.                                    **DEFENDANTS' MOTION TO**
                                          **DISMISS**
14 Maricopa County Community College
District; and Nicholas Damask, in his
15 official and individual capacity,

16                    Defendants.

17

18         I, Travis C. Hunt, declare and state as follows:

19         1.     I am an attorney at the law firm of Osborn Maledon, P.A., and counsel of

20 record in this matter.

21         2.     **Exhibit A** is a true and correct copy of the "Islamic Terrorism" PowerPoint

22 presentation prepared by Dr. Nicholas Damask for his World Politics course at Scottsdale

23 Community College, a partial copy of which was attached as Exhibit A to Plaintiffs'

24 Complaint (Doc. 1-1).

25         3.     **Exhibit B** is a true and correct copy of the online quiz prepared by Dr.

26 Damask as well as Mr. Mohamed Sabra's results on that quiz, a different version of which

27 was attached as Exhibit C to Plaintiffs' Complaint (Doc. 1-4).

28

4.      **Exhibit C** is a true and correct copy of a May 11, 2020 Press Release issued by Maricopa County Community College District Interim Chancellor Dr. Steven R. Gonzales, referenced in Plaintiffs' Complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of June, 2020.

s/Travis C. Hunt
Travis C. Hunt

Table of Contents

**Exhibit A:**   PowerPoint Presentation on Islamic Terrorism

**Exhibit B:**   Terrorism Quiz with Mr. Mohamed Sabra Results

**Exhibit C:**   May 11, 2020 Press Release issued by Maricopa County Community College District Interim Chancellor Dr. Steven R. Gonzales

# EXHIBIT A

# Islamic Terrorism

Subtopics:

I.   Defining Terrorism

II.  Islamic Terrorism: Definition

III. Islamic Terrorism: Analysis

# I. Defining Terrorism

1.) what is terrorism?: Terrorism is *the unlawful and intentional initiation of <u>violence</u> against <u>civilians</u> by groups seeking a <u>political</u> goal*.

The theory guiding the terrorist is that his attacks on civilians will instill fear ("terror"*)* throughout society – this terror, in turn, will manifest itself in popular opposition to governmental policies, specifically those policies the terrorist wishes to alter. In the best case scenario, the people will embrace the terrorists.

The victims of the terrorist are therefore a means to an end: the terrorist desires the publicity his acts will attract. *Every terrorist needs an audience* meaning, therefore, that terrorism is a form of "political theatre."



The 2nd plane

# I. Defining Terrorism (cont.)

Ironically, terrorists hope to both intimidate and romance their audience.

Media coverage gives the terrorists a social forum or stage to deliver their message, compelling his audience to discuss his ideas and to take sides, for and against.

Some in the audience will be cowed ("terrified") – but others would view the attacks romantically, inspiring sympathy with the terrorists and their cause, secretly applauding their courage, and converting them to the terrorists' agenda.



Palestinian hijacker holds a TWA pilot at gunpoint, Beirut, Lebanon, 1985

Popularized by 19th century Russian and German anarchists, who termed such audience-targeted spectacular attacks that compel the general attention of society, propaganda of the deed.

# I. Defining Terrorism (cont.)

"One act may make more propaganda than a thousand pamphlets."

-- Russian anarchist Petyr Kropotkin, 1880





# I. Defining Terrorism (cont.)

Terrorism is distinct from conventional warfare, which is openly conducted by states against other states. Among the characteristics of conventional war:



➢ it is conducted by states against one another on fields of battle, often involving large numbers of troops and equipment, and usually lasts no longer than a few days but, rarely, can last months or a few years

➢ the target of conventional war is the adversary state's military targets, along with civilian targets having substantive military value

➢ soldiers of conventional armies wear distinctive clothing/markings, do not conceal arms/weapons, and are subject to a recognizable chain of command with ultimate command authority being a government

➢ modern conventional war is rare and when it occurs, it usually is of limited scope and duration because of its costs and risks

HRH Harry, Prince of Wales, serving with the British Army in Afghanistan

# I. Defining Terrorism (cont.)

Guerrilla warfare (alternately, *unconventional warfare or irregular warfare*) is distinct from conventional warfare in that *irregular warfare is employed by non-state actors against states*.

Guerrilla/irregular forces usually do not wear uniforms, likely will hide weapons, have a very informal command structure, and conduct hit-and-run campaigns instead of conventional war on a field of battle.



But they generally confine their fighting to the security forces of the enemy power, to its political command structure, and to civilian targets having military value.

Nicaraguan anti-communist *contra* guerrillas, 1980s

Terrorist groups might superficially resemble guerrilla/irregular forces in that they do not appear as conventional soldiers but they differ from guerrillas in that terrorists purposefully target civilians precisely *because they are not military targets and cannot defend themselves.*

# I. Defining Terrorism (cont.)

Like guerrilla war, terrorism also is a form of political violence that is <span style="color:orange">asymmetric</span> in nature. Asymmetric political violence is a form of warfare, unusual in that it is waged by a state/group that is inferior in terms of power to the state/group against which it is waging war. In other words: *the attacker is less powerful than the side it is attacking*.

Terrorism is evidence of weakness: terrorists have so little military power that they are incapable of sustaining even insurgency or guerrilla warfare. They have made the calculation that their only recourse for victory is the intentional targeting of civilians.



William Ayres in 1968, a founding member of the Weather Underground

✓*No terrorist actions, even sustained over time, have ever resulted in the collapse/overthrow of a government.*

# I. Defining Terrorism (cont.)



Conventional War          Guerrilla Warfare          Terrorism

Attacker     Attacked          Attacker          Attacked

Attacked

Attacker

Relative balance of power between attacker and attacked

# I. Defining Terrorism (cont.)

Recent speculation suggests that terrorist groups have the potential to redress this imbalance of power by use of WMDs.

Termed the new terrorism, and developed by terrorism scholar Walter Laqueur, this speculation theorizes that a "new" form of terrorism could incorporate the use, or the threat of the use, of WMDs by even relatively small groups lacking conventional power to destroy cities or to blackmail concessions from states.



1/3 scale depiction of a Hiroshima-sized atomic blast in New York City

Terrorists have no moral restraints about using WMDs and the technical difficulties in using them can in theory be overcome.

# I. Defining Terrorism (cont.)

Terrorist groups cannot operate outside of localized regions without a <span style="color:orange">state sponsor</span>. A state sponsor of terrorism gives financial, military, logistical, and diplomatic assistance to terror groups – without this support, international terrorist groups cannot meaningfully function.

Further, state-sponsorship gives the terrorist group a *force multiplier* effect: with greater resources, the terrorist group is capable of increasingly sophisticated types of attacks, thereby making relatively small and ineffective groups capable of a wider array of spectacular attack.

The U.S. State Department currently designates three countries as state-sponsors of terrorism: the Sudan, Iran, and Syria.



Russian *spetsnaz* operators in Bosnia, c.1994: during the Cold War the Soviet Union increasingly committed itself to sponsoring international terrorism as a way to undermine Western democracies and their allies – it was the main state sponsor of terrorism for over 25 years.

# I. Defining Terrorism (cont.)



2.)  "the devil made me do it": Terrorism is often portrayed as a violent act that is the  consequence of some *root cause* as opposed to simply being a strategy of war.  The search for root causes of terrorism often focuses on the alleged poverty, oppression, or some other socio-economic "suffering" that the terrorist has previously experienced – the goal being to resolve the root cause and thereby eliminate the motivating factor of terrorism.

This "root cause" discussion is distracting and implausible in several ways:

➢ it ignores the justifications for their acts by the terrorists *themselves,* assuming, therefore, that terrorists do not possess *agency*
➢ most terrorists led comfortable, even prosperous lives prior to engaging in terrorism, i.e. never suffered in particular way
➢ terrorism rarely occurs in those societies most obviously subjected to "suffering," i.e. the poorest countries in the world
➢ it assumes that terrorists cannot choose to take *another, peaceful, course of action* to end their "suffering" condition – unlike others who did so



Palestinian terrorist held 13 Israeli athletes hostage at the 1972 Munich Olympics – they killed all of the athletes during a botched rescue attempt by the West German government.

# I. Defining Terrorism (cont.)

3.) what terrorism is *not*: Popular culture has created a number of terms that are said to be synonymous "terrorism" when in fact they are not – to conflate the terms creates practical difficulties in crafting a response to terrorism.



Scarface – a criminal but not a terrorist

➢ crime:  lacks political motivation; does not seek to upset the political order
> ex: the Mafia, South American drug traffickers

➢ guerrilla warfare:  no intentional targeting of civilians; essentially military/paramilitary in nature
> ex: American revolution, Cuban revolution

➢ assassination: no intentional targeting of civilians; only state/military officials targeted
> ex.: Presidents Kennedy and McKinley, Arch-Duke Franz Ferdinand

# I. Defining Terrorism (cont.)



Charles Manson, leader of "The Family" cult that murdered six people: lunatic, cultist, and murderer, but not a terrorist.

➢ "doomsday" violence: dubious political motivations; does not seek to alter/upset the political order rather seeks an end to *all* order or even the world itself

> ex: the "People's Temple" Jonestown suicide/murders, the Manson "Family" murders

➢ "repression": does not attempt to upset the political order; repression is a policy of the state itself

> ex: Darfur genocide, Stalinism in the Soviet Union

➢ "one man's terrorist is another man's freedom fighter": freedom fighters do not target civilians

> ex: 1956 Hungarian uprising against the Soviets, 2009 Iranian protests



Iranian women and students marching for freedom – definitely not terrorists.

# I. Defining Terrorism (cont.)

4.)  a chronology of terrorism: Terrorism is *not* a new form of political violence – to the contrary, it is one of the oldest identifiable strategies of political violence. Historically, *terrorism has been practiced solely by religious groups*, excepting for the mid-1800s to the mid-1900s, when religious terrorism declined relative to terrorism by left-wing and right-wing secular groups.

Zealots (*sicarii*, "men of the knife")
 ➢ 56-73 AD, operating in Israel under Roman occupation
 ➢ Jewish fanatical group motivated by the belief that only a Jewish king descended from David could govern Israel, not a pagan Roman
 ➢ killed Jewish civilians thought to be collaborating with Romans, almost always in broad daylight
 ➢ inspired a popular Jewish revolt that took Jerusalem from the Romans; Rome later brutally and utterly suppressed the revolt, destroyed the Temple, and initiated the *Diaspora.*



Ancient Jewish fortress of Masada, where mass suicide of the remaining Zealot holdouts occurred

# I. Defining Terrorism (cont.)

Assassins (*hashhashin*, "hashish user")

➢ 1094-1275 AD, operating in Syria and Persia

➢ mystical sect of Shi'a Islam based on an end-of-times anarchy and puritanism

➢ weapon always a dagger; willing to take contracts from non-Muslims e.g., Richard the Lionheart during the Crusades

➢ victims usually were rival Islamic religious leaders

➢ assassinated prominent Crusader lords Raymond II and Conrad de Montferrat of France; wounded Edward I of England; attempts made on Saladin, Sultan of Egypt

➢ suppressed beginning in 1256 by Mongol invaders, all of their fortresses leveled



Assassins were exterminated in the 13th c. by invading Mogols

# I. Defining Terrorism (cont.)

Thuggee (*sthaga*, "thief")

➢ 13th century-early-19th century AD, operating in India

➢ sect of Hinduism worshipping the Hindu goddess of death, *Kali*

➢ death almost always by ritual *garrote* after robbery

➢ victims were always travelers and merchants

➢ killed between 500,000 and 1 million people, by far the largest number of victims of any single terror movement; a colonial British wanted list estimated that 20 leading Thugs had killed 5120 people between them

➢ suppressed finally in the 1830s by British and colonial Indian troops



Only known photo of Hindu Thuggees

# I. Defining Terrorism (cont.)

nationalist/right-wing terrorism

- ➤ 19th century-mid-20th century AD, operating world-wide, significantly in Europe, Japan, and the United States
- ➤ secular, non-religious terrorism predicated on establishing *race-based states*
- ➤ Examples: *Nazis* in 1920s-1940s Germany, *Black Hundred* in 1900s Russia, *Ku Klux Klan* in 1860s-1980s United States, the *hakki ichiu* movement in Japan 1900s-1940s, and others in virtually all other 19th-20th century European and Asian countries
- ➤ many fascist terror groups evolved into mass political movements, seizing power in early-mid 20th century states
- ➤ defeated as a result of World War Two



35,000 Klansmen march in Washington, D.C., in 1925

# I. Defining Terrorism (cont.)

**communist/left-wing terrorism**

➢ 19th century-mid-20th century AD, operating world-wide, mostly in Europe, the United States, and Latin America

➢ secular, non-religious terrorism predicated on establishing *communist, or "people's states"*

➢ Examples: *People's Will* in 1880s Russia, *Red Army Faction* ("Baader-Meinhof Gang") in 1970s-1980s Germany, *Provisional Irish Republican Army* in 1960s-1990s Northern Ireland, *Weather Underground* in the 1960s-1970s United States, *Sendero Luminoso* ("Shining Path") in 1970s-1980s Peru, the *Khmer Rouge* ("Red People") in 1960s-1970s Cambodia and in most 19th-20th century countries around the world

➢ supported by the Soviet Union

➢ defeated as a result of the end of the Cold War



Provisional Irish Republican Army terror unit in Belfast, early 1970s

# I. Defining Terrorism (cont.)

A century ago terrorism was secular (either communist or nationalist in character) and was primarily *internal to states*, directed at the ruling government or other parties. In very few cases did terrorism possess a truly international component – in virtually no case was it religious-based.

While there are a small number of ideologically leftist or nationalist  groups remaining, the largest of these are more properly described as guerrilla insurgencies. Others have evolved into essentially non-ideological criminal gangs indistinguishable from *banditry*.

Other active leftist or nationalist terror groups are defunct or marginal, having less than 100 members.

*Secular terrorism, with very few exceptions, has disappeared from the contemporary world.*



West German government wanted poster for members of the Red-Army Faction terror group, mid-1980s

# I. Defining Terrorism (cont.)

<u>Islamic terrorism</u>

➢ The U.S. State Department's terrorism list of Foreign Terrorist Organizations indicates that of the 52 designated terrorist groups in the world, 47 are Islamic in orientation, i.e*., effectively there is no non-Islamic international terrorism in the contemporary world.*

➢ contemporary Islamic terrorism is said to have begun with the 1968 hijacking of an *El Al* airliner en route from Tel Aviv to Rome by the Popular Front for the Liberation of Palestine (PFLP) – the PFLP was a communist  Palestinian terror group

➢ like all religious terrorism, Islamic terrorism is not new – its roots can be traced back to the Prophet Muhammad himself, in the 7th century



George Habash, leader of the Palestinian terror group PFLP – Habash died in 2008

# I. Defining Terrorism (cont.)

➢ Just in the month of July 2018, 181 Islamic attacks occurred in 25 countries, resulting in 1444 deaths.

➢ Islamic terrorists kill on average more people every 60 days than the number of people killed in all 350 years of the Spanish Inquisition.

➢ Islamic terrorists kill on average more people every 90 days than the number of blacks killed by the Ku Klux Klan in its entire 120+ year history.

➢ Islamic terrorists kill on average more people every 10 days than the total number of both Protestants and Catholics killed during the 36-year period of the "Troubles" in Northern Ireland.

➢ Islamic terrorists have killed more people just in the last ten years than the total number of U.S. servicemen and women who have died in all wars and conflicts since World War II.



Pro-terrorist protest in Thailand.

# II. Islamic Terrorism: Definition

1.) Jihad:

Islamic terrorism should be understood within the broader history of Islamic warfare against unbelief, termed in Islamic theology jihad, the Arabic root of which means "a condition of efforts" or "striving." The "efforts" to be undertaken are physical, not simply prayer or introspection.

As Walid Phares has noted, to portray jihad as a spiritual effort "on the inside" is to "equate jihad with yoga."

Politically-speaking, jihad *is a religiously-justified, communal mobilization of the resources and capabilities of the Muslim population for war against unbelievers*.

It is important to note that the Quran places great emphasis on praising those who fight, declaring them to be "one degree over" those who do not [4:95].



Portrait of the massacre of Jewish Banu Qurayza tribe by Muhammad in 627.

# II. Islamic Terrorism: Definition (cont.)

### The theological mandate for jihad

- ➤ Jihad is a moral obligation of Muslims with limited exceptions such as for the blind [48:17]
- ➤ Muhammad acknowledges that warfare is distasteful but teaches that resistance to Allah is "worse than slaughter" [2:216-217]
- ➤ the world is but a "sport and past-time" [45:36]
- ➤ Muslims on jihad are discharged from all other religious obligations [4:100]
- ➤ jihadists are described as the "best" of humanity [3:110]; Allah does not love the non-believer [3:32]



Hamas protestors in Gaza.

- ➤ Allah will reward jihadists and their families with both earthly and heavenly reward  [4:74]; jihadists who are killed are not really dead but enjoying their gifts from Allah in the afterlife [3:169]; Allah will aid jihadists with strength and with angels [3:125]; however,  failure to participate in jihad will result in damnation [8:15-17]
- ➤ Jihad is to continue until the entire earth is Islamic [9:33, *81:27*]

# II. Islamic Terrorism: Definition (cont.)

**Early Muslims in Medina**

After Muhammad and the early Muslims emigrated from Mecca (622 AD) to the nearby city of Medina, this hijrah ("migration") is regarded as a seminal point in Islam. At this point a true Islamic *ummah* ("community") is established and can begin to impose upon non-believers – the Islamic calendar marks this year as Year One. *All Quranic verses revealed after the emigration from Mecca relate to the establishment of Islam through violent struggle against non-Muslims, including the use of terror*:



Quran 8:60 – And prepare against them what force you can and horses tied at the frontier, to terrorize thereby the enemy of Allah and your enemy and others besides them, whom you do not know but Allah knows them."

Mecca was the birthplace of Muhammad – Medina was where he established an embryonic Islamic state

Quran 3:151: "We will cast terror into the hearts of the unbelievers on account of their associating with Allah that for which He sent down no authority."

# II. Islamic Terrorism: Definition (cont.)

2.) The central role of the Prophet Muhammad: *All* Islamic terrorists sanctify their actions through pious references to the Quran and the traditions of the Prophet Muhammad, and by extensive use of longstanding Islamic legal doctrines.



A future Hamas terrorist?

Contentions that Islam does not promote warfare or violence cannot be supported on either theological or historical grounds – indeed, such contentions would flatly contradict hundreds of Quranic passages and *hadiths* ("traditions") of Muhammad, as well as longstanding Islamic jurisprudence.

Engaging in jihad is based Muhammad's life, sayings, and circumstances termed *Deen Muhammad*, or, the *Way of Muhammad* [Quran 3:32].

# II. Islamic Terrorism: Definition (cont.)

The speed and scale of early Islamic conquests are one of the great military achievements known to history and arguably one of those with the longest-lasting effects. In less than 50 years, Islam had wrested enormous territories from Roman (Byzantine) and Sassanid (Persian) peoples.

So, as the final Messenger of God and as a victorious commander, Muhammad enjoys such pre-eminence in Islam that his words and deeds is regarded as an independent source of Islamic law.

The Quran teaches Muslims "to obey Allah and His Messenger" (Quran 3:32), that Muhammad is "a beautiful model of conduct" (33:21) possessing an "exalted standard of character" (68:4). The Muslim "who obeys the Messenger obeys Allah" (4:80). Muslims should "Deem not the summons of the Messenger among yourselves like the summons of one of you to another" (24:62). *Muhammad is unambiguously regarded as central to Islamic doctrines*.



Muhammad, born in 570 AD, claimed to have received "the recitation" (the Quran) from God through the angel Gabriel from 610 until his death in 632.

# II. Islamic Terrorism: Definition (cont.)

The centrality of Muhammad is important because during the waging of his jihads, *Muhammad himself committed acts that also unambiguously would be regarded as terrorism today*:

➤ to teach a lesson to his opponents Muhammad dealt with the Jewish Banu Qurayza tribe, which had sided with some of his Meccan rivals, by massacring 700 men and enslaving the women and children (Quran 33:26, *Bukhari*, vol.5, no.362, *Muslim*, no. 4364);

➤ not less than four poets were killed by Muhammad, for criticizing him and Islam itself and for protesting other murders by Muhammad. The Quran declares that poets are inspired by Satan and are only admired by those who are "evil"(Quran 26:224). Mockers [86:13-14] suffered the same: one jester who threw camel intestines on Muhammad was killed and dumped into a well on Muhammad's orders. (*Bukhari*, 1:241);

➤ when some herdsmen converted to Islam but found many Islamic rules disagreeable, they renounced Islam and ran away – Muhammad had them caught, nails driven into their eyes and their feet and hands cut off, and left in the desert as a method to cleanse "corruption in the land" (Quran 5:33, *Bukhari,* vol.8, no.794).



Pro-Islamic terror rally in London.

# II. Islamic Terrorism: Definition (cont.)

"Damage inflicted upon the enemy may consist in damage to his property, injury to his person, or that he is made a slave. This may be done, according to the consensus and Sharia authorities to all: men, women, young and old, important and unimportant."

Classical Islamic legal scholar Ibn Rushd (d. 1198) in his "The Distinguished Jurist's Primer"



The legitimacy of terrorism is supported by nearly every Islamic legal authority of any significance.

"Martyrdom operations are the highest form of jihad operations, every one of them being a legitimate act according to Islamic religious law."

Sheikh Muhammad Tantawi, Grand Mufti of Egypt and Grand Imam of Al-Azhar University in Cairo, April 2002



# II. Islamic Terrorism: Definition (cont.)

*Ibn Tamiyyah* (d. 1328 AD) occupies a significant position in Islamic jurisprudence not only in the amount of learned works he completed but that he addresses a unique circumstance that Muslims often find themselves. A refugee in Egypt from the Mongol invasions of the Middle East, Tamiyya wrote extensively on the subject of *takfir* ("excommunication") of Muslims, particularly Muslim authorities who no longer seem to support Islam. Tamiyya argues that *Muslims who cooperate with infidels* can be regarded as apostates, i.e., not true Muslims, and thus subject to jihad and terror.



The Mongols invaded and overran most of the Islamic Abbasid Empire – they later converted to Islam

# II. Islamic Terrorism: Definition (cont.)

4.)  suicide missions and terrorism:  Between 2001 and 2015 the number of countries in which suicide missions have occurred has rising greatly, as has the number of casualties per attack.

During this time, over 4600 suicide missions occurred in at least 31 countries, ranging from the United States to Iraq to Indonesia – the country subject to the most suicide missions is Iraq, with 49% of the total. In these attacks 45,300 people have been killed and 110,000+ injured.

Suicide missions are aimed at a variety of targets, including military and law enforcement, but the largest number (23%) are terrorist in nature, aimed at purely civilian targets.

Of these known suicide missions, nearly all are undertaken by Islamic groups.



Future Hamas suicide bomber?

POS120 -- Islamic Terrorism

Source: Chicago Project on Security and Terrorism
http://cpostdata.uchicago.edu/search_new.php

30

# II. Islamic Terrorism: Definition (cont.)

Although *suicide* in Islam is strictly forbidden, *certain death in attacking the enemy* is a religious command. Islamic groups justify certain death or "suicide" by reference to the Quran and to Muhammad. Quran 9:38, for example, rhetorically asks Muslims, "What is the matter with you that when ye are asked to forth in the cause of Allah ye cling heavily to the earth? Do ye prefer the life of this world to the hereafter? But little is the comfort of this life as compared with Hereafter." And Quran 3:143-145 urges Muslims to "desire death."



Yet another?

Many narrations of Muhammad's *hadiths* register the same approval of martyrdom and promise of paradise. (*Bukhari* 4:65 and 3:694, *Muslim* 31 and 149, *Dawud* 2635)

# II. Islamic Terrorism: Definition (cont.)

The Prophet said, "The person who participates in jihad in Allah's cause and nothing compels him to do so except belief in Allah and His Apostles, will be recompensed by Allah either with a reward, or booty (if he survives) or will be admitted to Paradise (if he is killed in the battle as a martyr). Had I not found it difficult for my followers, then I would not remain behind in going for Jihad and I would have loved to be martyred in Allah's cause and then made alive, and then martyred and then made alive, and then again martyred in His cause."
*Bukhari*, 1:35



# II. Islamic Terrorism: Definition (cont.)

As with terrorism and jihad generally, contemporary Islamic legal authorities are unanimous in their approval of suicide attacks: "The  glory of the Islamic nation appeared when our prophet taught us the industry of death – when he taught us how to create death. Then life became cheap in our eyes. When one of the sons of our nation is killed, he says 'I won' and the Master of the Ka'aba [Allah] swears that he won. .. Our bombs are the *jihad* fighters, whom America has called 'suicide attackers' and we call martyrs."

Sheikh Moshin al-Awaji, imam of the  Grand Mosque at King Saud University, Riyadh, Saudi Arabia



# II. Islamic Terrorism: Definition (cont.)

5.) al-Qaeda ("the base"): The leader of the global Islamic terrorist movement was Osama bin Laden, the head of the movement's lead organization, *al Qaeda*. Al Qaeda grew out of the thousands of Arabs who flocked to Afghanistan to fight jihad against the Soviet invasion in 1979. The head of Pakistan's intelligence agency described these so-called "Afghan Arabs" as "the first 'international brigade' of Muslim jihadists in modern time."

Bin Laden spent the war in Afghanistan or Pakistan, helping engineer a system of bunkers and tunnels in the Tora Bora region of eastern Afghanistan and establishing a base camp in Peshawar, Pakistan for thousands of Arabs volunteers flocking to Afghanistan to fight the atheistic, *kufir* Soviets — these fighters were generally termed "Afghan Arabs" and bin Laden's base later simply came to be called "the base," or *al Qaeda*.



Osama bin Laden, born in 1957 to a Yemeni construction magnate living in Saudi Arabia – bin Laden was killed in his hide-out in Abbottabad, Pakistan in a May 2011 raid by U.S. special forces.

# II. Islamic Terrorism: Definition (cont.)

Shorting after the Soviets withdrew from Afghanistan, Iraq invaded Kuwait in 1990. Bin Laden requested that his Afghan Arabs be used to defend Saudi Arabia and to fight Iraqi troops, however the government ultimately invited American troops into Saudi Arabia. After tiring of bin Laden's religious condemnations of infidel troops being in Arabia, the Saudis deported him in 1991 to the Islamic state of the Sudan.



Bin Laden spent five years in the Sudan in financial distress until bin Laden found sanctuary back in Afghanistan, which had by then taken over by the Taliban, an Islamic fundamentalist movement closely aligned with Wahabbism.

President Obama with his national security team watching the bin Laden raid in real time.

After the U.S. invasion of Afghanistan in October 2001 that resulted in the killing or capture of many of al-Qaeda's leaders and the overthrow of the Taliban regime, the remnants of al-Qaeda sought refuge in Pakistan's lawless tribal areas where they remain today. Bin laden was killed by U.S. Special Forces in Pakistan in 2011.

# II. Islamic Terrorism: Definition (cont.)

After the March 2003 US invasion of Iraq, al Qaeda attempted to lead a resistance to the subsequent US occupation but was defeated over time. However, since the withdrawal of US forces in 2010, Islamic fundamentalists have led a terror movement and insurgency that has effectively partitioned Iraq into ethnic enclaves.



ISIS fighters celebrate their seizure of Raqqa in northern Syria.

Calling themselves the Islamic State of Iraq and Syria (ISIS), their goal is to impose an Islamic religious empire across the Middle East and central Asia.

Begun in 2012, ISIL fighting against the neighboring government of Syria has resulted in the slaughter of hundreds of thousands of religious minorities such as Christians, Alawites, Kurds, and Yazidis, and in a similar partition of that country.




Yazidi and Christian refugee children in Syria.

# III. Islamic Terrorism: Analysis

1.) neo-conservatism (Bernard Lewis): According to neo-conservatism, historically there has been one-sided, imperialistic relations between the Islamic and Christian worlds with the Christian mostly on the defense. The 1683 Ottoman defeat at Vienna begins the change in the relationship between Western Christendom and Islam, placing the Islamic world on the defense.

The decline of the Islamic world relative to the West is *the failure to embrace modernization*. Islam is not inherently incompatible with modernity: Islamic populations are being held in anti-modern conditions by dictators.



Bernard Lewis writes that the Islamic world will be perpetually behind the West unless it embraces democracy

Terrorism & jihad are being undertaken by forces of reaction within the Islamic world attempting to revive the Caliphate. There are modern Islamic forces to counter the fundamentalists but they need the U.S. to side with them, provide aid, overthrow dictators, and to otherwise help establish democracy in Islamic countries.

# III. Islamic Terrorism: Analysis (cont.)

The neoconservative position is to combat Islamic terrorism even if it means the U.S. should do so in a unilateral fashion ("going it alone") and pre-emptively if need be. European states are viewed to be either too weak militarily or are too engrossed in appeasing their domestic Muslim populations to be reliable partners; meanwhile, the United Nations is viewed to be functionally anti-American.



The administrations of U.S President George W. Bush and British Prime Minister Tony Blair pursued essentially a neoconservative anti-terrorism policy

Importantly: neoconservatives are uncomfortable with the concept of a "clash of civilizations" or "total war." For them the war on terrorism in essentially is a *limited war*, employing  special forces, heightened intelligence and counter-intelligence, and the use of force to overthrow specific rogue states – but they *reject the concept of the war on terror being one against Islam itself*.

# III. Islamic Terrorism: Analysis (cont.)



2.) clash of civilizations (Samuel Huntington): For Huntington, "Islam  has bloody borders" and is hostile to all other religions.

➤ antagonistic relations of Muslims towards non-Muslims: Muslims are participants in 26/50 of conflicts in the last 25 years. Further, these conflicts tend to be substantial: 6 wars in which 20K or more killed, 5 involve Muslims (Sudan, Bosnia, East Timor, Somalia, Iraq-Kurds). *15% of world's population is involved in >50% of conflicts*.

➤ militarization of Islamic societies: Islamic countries devote a larger % of its population to military ends ("force ratio") and a larger % of their wealth ("military effort") than do non-Islamic countries:

Unlike Lewis, Samuel Huntington sees no prospects for peace between clashing civilizations

| Religion of country | Force ratio* | Military effort** |
|---|---|---|
| Islamic | 11.8 | 18.7 |
| Christian | 5.8 | 8.2 |
| other | 7.1 | 12.3 |

* Force ratio = # of military personnel/1000 population

** military effort = force ratio adjusted for wealth

# III. Islamic Terrorism: Analysis (cont.)

➢ Islamic states have a decided preference to employ force over diplomacy, relative to other countries: Islamic countries faced 142 crises in last 50 years – use of force in 76 (=55%), including high-intensity violence/full scale war in 31. Compared to: Great Britain (11%), U.S. (17%), USSR (28%)



Huntington notes a marked difference in foreign policies between Islamic and non-Islamic states

➢ Muslim popular opinion has some <u>sympathy</u> for terrorism generally, and the ultimate goals of terror group (<u>sharia</u>) particularly.

# III. Islamic Terrorism: Analysis (cont.)

3.) neoliberalism (Peter Bergen): Neoliberals like Bergen argue that the main terrorist threat comes from "Islamists," radical terror groups such as al Qaeda that represent a "twisted" variant of Islam as a whole, but nevertheless must be dealt with.

Bergen advocates "nation-building" and economic development in places like Afghanistan in order to remove the incentive for the poor to be attracted to extremist groups like al Qaeda. Increased economic development and international trade will help create a middle-class, whose interests would be hostile to fundamentalism.



Peter Bergen interviewing
Osama bin Laden in 1998

Such efforts include: assisting governments in suppresses terrorism helping to build an Afghan army, police force, and governmental structure; building infrastructure such as power generation, dams, and roads; funding works projects similar to those created by FDR in America during the Great Depression or the Marshall Plan for Germany after WWII; and maintaining public services such as trash collection, schools, and water purification.

# III. Islamic Terrorism: Analysis (cont.)

Importantly, Bergen believes that there should be: 1.) a multilateral approach (involving  the UN, NATO, and countries other than just the U.S.) and 2.) a comprehensive approach (an effort to solve regional problems such as the Palestinian problem or the Kashmir dispute between India and Pakistan.) Resolving such disputes in a multilateral fashion *would establish America's sincerity to Islamic countries about combating terrorism, as opposed to Islam,* and encourage them to assist the U.S. in Afghanistan and elsewhere.

Finally, Bergen argues that the U.S. should conduct anti-terror operation as humanely as possible, sparing civilian casualties by, for example, limiting air raids.



"Nation-building" activities such as road-building are major aspects of neoliberal foreign policy

# EXHIBIT B

## Quiz #6 -- Islamic Terrorism

Mohamed Sabra submitted Apr 29 at 7:02pm



### Quiz #6 -- Islamic Terrorism Results for Mohamed Sabra

**View Log**

Score for this attempt: **64** out of 100
Submitted Apr 29 at 7:02pm
This attempt took 10 minutes.

**Question 1** — 0 / 4 pts

Who greatly elaborated on the doctrine of *takfir* as it relates to Muslims who collaborate with unbelievers?

○ the Prophet Muhammad

**You Answered** ◉ Osama bin Laden

○ Saddam Hussein

**Correct Answer** ○ Ibn Tamiyyah

Additional Comments:

# Submission Details

Grade:

## Quiz #6 -- Islamic Terrorism

Mohamed Sabra submitted Apr 29 at 7:02pm



### Question 2
4  / 4 pts

What of the following was a Jewish terrorist group?

**Correct!**

◉ Zealots

○ Assassins

○ Borg

○ Thuggees

Additional Comments:

# Submission Details

## Quiz #6 -- Islamic Terrorism

Mohamed Sabra submitted Apr 29 at 7:02pm



### Question 3

4 / 4 pts

Al Qaeda was founded by _____.

- ○ Ibn Tamiyyah
- ○ the Prophet Muhammad
- ○ Saddam Hussein

**Correct!** ● Osama bin Laden

Additional Comments:

# Submission Details

## Quiz #6 -- Islamic Terrorism

Mohamed Sabra submitted Apr 29 at 7:02pm



### Question 4                                                          `4`  / 4 pts

What of the following was a Hindu terrorist group?

○ Assassin

○ Borg

**Correct!**  ◉ Thuggee

○ Zealot

Additional Comments:

## Quiz #6 -- Islamic Terrorism

Mohamed Sabra submitted Apr 29 at 7:02pm



**Question 5**      4 / 4 pts

A distinction between crime and terrorism is that ____.

○ criminals do not cross international borders, terrorists do

○ criminals usually do not attack innocent civilians, terrorists do

**Correct!** ◉ criminals do not have a political agenda, terrorists do

○ there is no distinction between crime and terrorism

Additional Comments:

## Quiz #6 -- Islamic Terrorism

Mohamed Sabra submitted Apr 29 at 7:02pm



### Question 6

`0`    / 4 pts

What of the following is <u>not</u> related to terrorism?

**Correct Answer**

○ organized crime

**You Answered**

◉ innocent civilians

○ "propaganda of the deed"

○ state sponsors

Additional Comments:

## Quiz #6 -- Islamic Terrorism

Mohamed Sabra submitted Apr 29 at 7:02pm



**Question 7**     0    / 4 pts

In *asymmetric warfare* the attacker _____.

○ is oppressed

○ there is no visible aggression in asymmetric warfare

**You Answered**    ◉ is more powerful than the attacked

**Correct Answer**    ○ is less powerful than the attacked

Additional Comments:

## Quiz #6 -- Islamic Terrorism

Mohamed Sabra submitted Apr 29 at 7:02pm



# Submission Details

## Quiz #6 -- Islamic Terrorism

Mohamed Sabra submitted Apr 29 at 7:02pm



### Question 9

4 / 4 pts

Where is terrorism *encouraged* in Islamic doctrine and law?

**Correct Answer**

○ the Medina verses

○ the Muhammad verses

○ the Mecca verses

**You Answered**

◉ terrorism is not encouraged in Islamic doctrine and law

Additional Comments:

# Quiz #6 -- Islamic Terrorism

Mohamed Sabra submitted Apr 29 at 7:02pm



## Question 10

4 / 4 pts

What is "terrorism?"

○ crime

**Correct!** ◉ political violence against civilians

○ assassination

○ "doomsday" violence

Additional Comments:

## Quiz #6 -- Islamic Terrorism

Mohamed Sabra submitted Apr 29 at 7:02pm



# Submission Details

Gra...

## Quiz #6 -- Islamic Terrorism

Mohamed Sabra submitted Apr 29 at 7:02pm



## Quiz #6 -- Islamic Terrorism

Mohamed Sabra submitted Apr 29 at 7:02pm



### Question 13

`4`  / 4 pts

What of the following is a characteristic of terrorism?

- ○ assassination
- ○ guerrilla warfare
- **Correct!** ◉ having a political goal
- ○ "doomsday violence"

Additional Comments:

# Submission Details

Grade

## Quiz #6 -- Islamic Terrorism

Mohamed Sabra submitted Apr 29 at 7:02pm



### Question 14

4 / 4 pts

Terrorism is a strategy that _____.

○ is only related to Islamic groups

○ has never been undertaken by non-religious groups

○ is a very recent phenomenon

**Correct!** ● has been undertaken by both religious and non-religious groups

Additional Comments:

# Submission Details

## Quiz #6 -- Islamic Terrorism

Mohamed Sabra submitted Apr 29 at 7:02pm



### Question 15

0    / 4 pts

Contemporary terrorism is _____.

**You Answered**

⦿ communist/left-wing

**Correct Answer**

○ Islamic

○ Mormon

○ fascist/right-wing

Additional Comments:

# Submission Details

Grade

## Quiz #6 -- Islamic Terrorism

Mohamed Sabra submitted Apr 29 at 7:02pm



### Question 16

4 / 4 pts

How does "guerrilla warfare" differ from terrorism?

○ terrorist groups are much larger than guerrilla groups

○ terrorist groups are much smaller than guerrilla groups

○ terrorist groups do not primarily attack civilians while guerrillas do

**Correct!**

◉ guerrillas do not primarily attack civilians while terrorist groups do

Additional Comments:

# Submission Details

Grade

## Quiz #6 -- Islamic Terrorism

Mohamed Sabra submitted Apr 29 at 7:02pm



### Question 17                    4    / 4 pts

Samuel Huntington finds _____ to be important in understanding the relationship between Islam and terrorism.

○ Osama bin Laden and other figures within radical Islam

**Correct!**   ● the religion of Islam itself

○ unemployed youth in Islamic countries

○ the decline of the Islamic world relative to the modern West

Additional Comments:

# Submission Details

Grade

## Quiz #6 -- Islamic Terrorism

Mohamed Sabra submitted Apr 29 at 7:02pm



### Question 18

`0` / 4 pts

What is the "root cause" of terrorism?

○ the poverty of, and a lack of economic opportunity for, the terrorist

**Correct Answer**

○ a calculation by the terrorist that terrorism will bring about the political goal he desires

○ an unbalanced psychological state of the terrorist

**You Answered**

◉ the ignorance and lack of education of the terrorist

Additional Comments:

## Quiz #6 -- Islamic Terrorism

Mohamed Sabra submitted Apr 29 at 7:02pm



**Question 19**  ⬚ 0  / 4 pts

Walid Phares notes that although "gullible" Westerners are taught that jihad can have two meanings, people in the Arabic world understand that its overwhelmingly obvious meaning is _____.

**You Answered** ◉ struggling against sin

○ spiritual contemplation

**Correct Answer** ○ combat/war

○ peace

Additional Comments:

# Quiz #6 -- Islamic Terrorism

Mohamed Sabra submitted Apr 29 at 7:02pm



**Question 20** — 4 / 4 pts

Terrorism is ___ in Islam.

Correct Answer

○ justified within the context of jihad

You Answered

◉ always forbidden

○ justified under international law

○ always justified

Additional Comments:

## Quiz #6 -- Islamic Terrorism

Mohamed Sabra submitted Apr 29 at 7:02pm



### Question 21

0      / 4 pts

*Propaganda of the deed* is significant for a terrorist because _____.

**You Answered**

⦿ it enables him to obtain financing

**Correct Answer**

◯ he must make his actions have the widest audience possible

◯ his state sponsors require this of him

◯ he is psychotic

Additional Comments:

## Quiz #6 -- Islamic Terrorism

Mohamed Sabra submitted Apr 29 at 7:02pm



**Question 22**      0 / 4 pts

What is meant by the *New Terrorism*?

○ right-wing, fascist terrorism

**Correct Answer** ○ terrorism that might potentially employ nuclear weapons

○ left-wing, communist terrorism

**You Answered** ⦿ terrorism in the Third World

Additional Comments:

# Quiz #6 -- Islamic Terrorism

Mohamed Sabra submitted Apr 29 at 7:02pm



## Question 23

`4` / 4 pts

When was al Qaeda formed?

**Correct!**

- ◉ during the Soviet war in Afghanistan in the 1980s

- ○ after the formation of the state of Israel in 1948

- ○ shortly after the collapse of the Ottoman Empire in the 1920s

- ○ during the Mongol invasion of Muslim lands in the 14th century

Additional Comments:

## Quiz #6 -- Islamic Terrorism

Mohamed Sabra submitted Apr 29 at 7:02pm



**Question 24**      `0` / 4 pts

The target of a terrorist is _____.

**You Answered** ⦿ strategic targets such as bridges and power plants

○ the military

○ cultural centers such as places of worship

**Correct Answer** ○ innocent civilians

Additional Comments:

## Quiz #6 -- Islamic Terrorism

Mohamed Sabra submitted Apr 29 at 7:02pm

### Question 25

4  / 4 pts

What of the following helps terrorist groups function internationally?

**Correct!**

◉ a state-sponsor

○ WMDs

○ a military strategy

○ a "doomsday" strategy

Additional Comments:

Fudge Points: 4

You can manually adjust the score by adding positive or negative points to this box.

**Final Score: 64** out of 100

**Update Scores**

# EXHIBIT C

 | **News**

# MCCCD Statement on Academic Freedom

**MAY, 11 2020**

FEATURED

---

**\*The Maricopa County Community College District Interim Chancellor, Dr. Steven R. Gonzales, issued the following statement today (May 11) related to Academic Freedom.**

"The core function of education is to prepare students to engage critically with the world around them. Often, that means addressing difficult and contentious topics, even when doing so may be uncomfortable. The Maricopa Community Colleges strive to create an environment of respectful engagement where students and faculty can express their own views and learn from others, where all members of the community are welcome and the utmost freedom of inquiry is encouraged.

Last week, posts surfaced on social media raising concerns about three questions on a quiz given in a World Politics course at Scottsdale Community College. The questions were taken out of context from a unit examining violent political and social movements, and the subject they addressed – the reliance of certain violent groups on religious texts as a justification for their actions – was within the scope of the course.

Because the questions were taken out of context, individuals not involved in the class, who viewed the quiz questions posted on social media, drew conclusions about the content of the course. Based on those conclusions, concerns were raised about whether the questions are consistent with the District's values of tolerance and inclusion of all persons, regardless of their faith or background. Some individuals went further and made threats against the faculty member involved.

To the extent any concerns have been raised by students involved in the course, those concerns have been addressed by direct communication between the faculty member and the student. However, in light of the public discussion of this situation, it is important that the District clarify in this sphere what its values are. Education at our institution is open to all individuals regardless of their beliefs or backgrounds, and we will not tolerate the

exclusion of any person based on what they do or do not believe. However, we also expect our students and faculty to engage fully with the ideas and perspectives of others, even when they disagree with each other.

That said, I am troubled by what appears to be a rush to judgement in how the college responded to the controversy and the apparent failure to follow policy and procedure in addressing both the student's concerns and the faculty member's rights. I apologize, personally, and on behalf of the Maricopa Community Colleges, for the uneven manner in which this was handled and for our lack of full consideration for our professor's right of academic freedom.

To avoid rushing to judgment a second time, I am announcing the immediate independent investigation of the facts related to this situation. I expect this to be completed with all deliberate speed. Upon conclusion of the investigation, I will ensure appropriate accountability wherever any failures occur. Also, to clear up misinformation, the MCCCD Governing Board is not currently involved in an investigation of the professor, nor does it plan to initiate one. Furthermore, it is important to note that the faculty member involved is not in jeopardy of losing his position.

Today, I am announcing the formation of the Committee on Academic Freedom, to be led by Provost Karla Fisher with members identified by the end of the week, to champion academic freedom education and training and to resolve academic freedom disputes in the hope of ensuring this fundamental academic value is better understood and realized alongside our longstanding commitment to the value of inclusion."

---

## Share this news article

211
Shares

---

RELATED NEWS

The Maricopa Community Colleges to Invest Millions to Help Students Stay on Track

Whatever the future holds, the Maricopa Community Colleges are here

MCCCD Statement on Academic Freedom

The Maricopa Community Colleges Are 3D Printing PPE For Medical Workers

MCCCD Launches Specialty Nursing Program to Create a More Highly Qualified Workforce

Two Maricopa Community College Presidents Selected for Aspen Institute's New Presidents Fellowship for Community College Excellence

**TRENDING NEWS**

The Maricopa Community Colleges to Invest Millions to Help Students Stay on Track

Whatever the future holds, the Maricopa Community Colleges are here

MCCCD Statement on Academic Freedom

The Maricopa Community Colleges Are 3D Printing PPE For Medical Workers

MCCCD Launches Specialty Nursing Program to Create a More Highly Qualified Workforce

Two Maricopa Community College Presidents Selected for Aspen Institute's New Presidents Fellowship for Community College Excellence