**PRICE LAW GROUP**
David Chami, Esq. (AZ Bar # 027585)
8245 N. 85th Way
Scottsdale, Arizona 85258
Email: David@pricelawgroup.com
Phone: (818) 600-5515
Fax:     (818) 600-5415

**RM WARNER, PLC**
Raeesabbas Mohamed, Esq. (AZ Bar # 027418)
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Email: Raees@RMWarnerlaw.com
Phone: (480) 331-9397
Fax:     (866) 961-4984

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mohamed Sabra; and Council on American-Islamic Relations of Arizona,<br><br>Plaintiffs,<br><br>vs.<br><br>Maricopa County Community College District; and Nicholas Damask, in his official and individual capacity<br><br>Defendants. | **Case No.: CV-20-1080-PHX-SMB**<br><br>**PLAINTIFFS' MOTION FOR REFUND OF FILING FEE** |

     Plaintiffs, Mohamed Sabra and American-Islamic Relations of Arizona, respectfully request this Court refund their filing fee. On June 2, 2020, Plaintiffs filed their Complaint [Doc. 1]. On the same day, Plaintiffs filed an *Application to Proceed in District Court Without Prepaying Fees or Costs* ("Application") [Doc. 2]. On June 5, 2020, Plaintiffs'

1

Counsel learned that the Clerk could not issue the summons until either the Application was granted, or the filing fee was paid. Given the nature and urgency of this matter, Plaintiffs paid the filing fee on June 5, 2020 [receipt number: 970-18352914]. However, on June 22, 2020, this Court granted Plaintiffs' Application. Now, Plaintiffs ask this Court to refund their filing fee in the amount of $400.

Dated: June 26, 2020

Respectfully Submitted,

By /s/ *David Chami*
David Chami, Esq. (AZ Bar # 027585)
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, Arizona 85258
Phone: (818) 600-5515
Fax:    (818) 600-5415

Raees Mohamed, Esq. (AZ Bar # 027418)
RM WARNER
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Phone: (480) 331-9397
Fax:    (866) 961-4984

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/* Roxanne Harris

3