# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mohamed Sabra, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Maricopa County Community College District, et al.,<br><br>    Defendants. | No. CV-20-01080-PHX-SMB<br><br>**ORDER** |

Before the Court is Plaintiffs' Motion for Refund of Filing Fee. (Doc. 26.) Plaintiffs move for the Court to refund their $400.00 filing fee, which was paid on June 5, 2020 before the Court granted Plaintiff Mohamed Sabra's Application to Proceed in District Court Without Prepaying Fees or Costs ("Application"). (*Id.* at 1-2.) Given that the Court granted Mr. Sabra's Application after the filing fee was paid, the filing fee is excludable and will not be refunded.

Accordingly,

**IT IS ORDERED DENYING** Plaintiffs' Motion for Refund of Filing Fee. (Doc. 26.)

Dated this 8th day of July, 2020.

Honorable Susan M. Brnovich
United States District Judge