**PRICE LAW GROUP**
David Chami, Esq. (AZ Bar # 027585)
8245 N. 85th Way
Scottsdale, Arizona 85258
Email: David@pricelawgroup.com
Phone: (818) 600-5515
Fax:   (818) 600-5415

**RM WARNER, PLC**
Raeesabbas Mohamed, Esq. (AZ Bar # 027418)
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Email: Raees@RMWarnerlaw.com
Phone: (480) 331-9397
Fax:  (866) 961-4984

**COUNCIL ON AMERICAN-ISLAMIC RELATIONS OF ARIZONA**
Ahmed Soussi, Esq. (AZ Bar # 035741)
1819 S. Dobson Road, Suite 214
Mesa, Arizona 85202
Email: Asoussi@cair.com
Phone: (480) 704-3786

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mohamed Sabra; and Council on American-Islamic Relations of Arizona, <br><br> Plaintiffs, <br><br> vs. <br><br> Maricopa County Community College District; and Nicholas Damask, in his official and individual capacity <br><br> Defendants. | Case No.: CV-20-1080-PHX-SMB <br><br> PLAINTIFFS' NOTICE OF APPEAL |

1

NOTICE IS HEREBY GIVEN that all Plaintiffs, Mohamed Sabra and the Council on American-Islamic Relations of Arizona, through their undersigned counsel hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment entered in this action on August 18, 2020, (Doc. 34) granting Defendants' Motion to Dismiss (Doc. 25).

Respectfully submitted on September 14, 2020

                                 By: /s/ *David Chami*
                                 David Chami, Esq. (AZ Bar # 027585)
                                 PRICE LAW GROUP, APC
                                 8245 N. 85th Way
                                 Scottsdale, Arizona 85258
                                 Phone: (818) 600-5515
                                 Fax:   (818) 600-5415

                                 Raees Mohamed, Esq. (AZ Bar # 027418)
                                 RM WARNER, PLC
                                 8283 N. Hayden Road, Suite 229
                                 Scottsdale, Arizona 85258
                                 Phone: (480) 331-9397
                                 Fax:   (866) 961-4984

                                 Ahmed Soussi, Esq. (AZ Bar # 035741)
                                 COUNCIL ON AMERICAN-ISLAMIC
                                 RELATIONS OF ARIZONA
                                 1819 S. Dobson Road, Suite 214
                                 Mesa, Arizona 85202
                                 Email: Asoussi@cair.com
                                 Phone: (480) 704-3786


                                 *Attorneys for Plaintiffs*