**PRICE LAW GROUP**
David Chami, Esq. (AZ Bar # 027585)
8245 N. 85th Way
Scottsdale, Arizona 85258
Email: David@pricelawgroup.com
Phone: (818) 600-5515
Fax:   (818) 600-5415

**RM WARNER, PLC**
Raeesabbas Mohamed, Esq. (AZ Bar # 027418)
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Email: Raees@RMWarnerlaw.com
Phone: (480) 331-9397
Fax:  (866) 961-4984

**COUNCIL ON AMERICAN-ISLAMIC RELATIONS OF ARIZONA**
Ahmed Soussi, Esq. (AZ Bar # 035741)
1819 S. Dobson Road, Suite 214
Mesa, Arizona 85202
Email: Asoussi@cair.com
Phone: (480) 704-3786

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mohamed Sabra; and Council on American-Islamic Relations of Arizona,<br><br>Plaintiffs,<br><br>vs.<br><br>Maricopa County Community College District; and Nicholas Damask, in his official and individual capacity<br><br>Defendants. | Case No.: CV-20-1080-PHX-SMB<br><br>NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT |

**RULE 3-2 REPRESENTATION STATEMENT**

Plaintiffs Mohamed Sabra and the Council on American-Islamic Relations of Arizona are represented by:

    PRICE LAW GROUP, APC
    David Chami
    8245 N. 85th Way
    Scottsdale, Arizona 85258
    Phone: (818) 600-5515
    Fax:   (818) 600-5415

        -and-

    RM WARNER, PLC
    Raees Mohamed
    8283 N. Hayden Road, Suite 229
    Scottsdale, Arizona 85258
    Phone: (480) 331-9397
    Fax:  (866) 961-4984

        -and-

    COUNCIL ON AMERICAN ISLAMIC RELATIONS OF ARIZONA
    Ahmed Soussi
    1819 S. Dobson Road, Suite 214
    Mesa, Arizona 85202
    Email: Asoussi@cair.com
    Phone: (480) 704-3786

Defendants Nicholas Damask and Maricopa County Community College District are represented by:

    OSBORN MALEDON, P.A.
    David Garner
    Travis Hunt
    2929 N. Central Avenue, 21st Floor
    Phoenix, Arizona 85012
    Email: Dgarner@omlaw.com
    Email: Thunt@omlaw.com
    Phone: (602) 640-9000

        -and-

TORRES LAW GROUP, PLLC
James Barton II
Jacqueline Mendez Soto
2239 West Baseline Road
Tempe, Arizona 85283

Respectfully submitted on September 14, 2020

By: /s/ *David Chami*
David Chami, Esq. (AZ Bar # 027585)
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, Arizona 85258
Phone: (818) 600-5515
Fax:   (818) 600-5415

Raees Mohamed, Esq. (AZ Bar # 027418)
RM WARNER, PLC
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Phone: (480) 331-9397
Fax:   (866) 961-4984

Ahmed Soussi, Esq. (AZ Bar # 035741)
COUNCIL ON AMERICAN-ISLAMIC
RELATIONS OF ARIZONA
1819 S. Dobson Road, Suite 214
Mesa, Arizona 85202
Email: Asoussi@cair.com
Phone: (480) 704-3786

*Attorneys for Plaintiffs*